UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Lori C. Greenberg & Associates
1 Eves Drive Suite 111
Marlton NJ 08053
856-596-9300
lorijdcpa@gmail.com
Attorney for Creditor, Qiao Yang and Connection Property Management, LLC

**Order Filed on December 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Arkeith J. Smith, Sr. and Cyntrina S. Hall-Smith

Case No.:        19-21795-MBK

Hearing Date:    December 11, 2019

Judge:           KAPLAN

Chapter:         13

Recommended Local Form:   ☒ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of ___Qiao Yang and Connection Property Management, LLC___, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ☑  Real property more fully described as:

    30 Caraway Court, Lumberton, New Jersey 08048

- ❏  Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*