| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Lori C. Greenberg & Associates<br>1 Eves Drive Suite 111<br>Marlton NJ 08053<br>856-596-9300<br>lorijdcpa@gmail.com<br>Attorney for Creditor, Qiao Yang and Connection Property Management, LLC | |

Order Filed on December 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: | 19-21795-MBK |
|---|---|---|
| Arkeith J. Smith, Sr. and Cyntrina S. Hall-Smith | Hearing Date: | December 11, 2019 |
| | Judge: | KAPLAN |
| | Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of ___Qiao Yang and Connection Property Management, LLC___, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ☑ Real property more fully described as:

    30 Caraway Court, Lumberton, New Jersey 08048

- ❏ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Arkeith J. Smith, Sr.  
Cyntrina S. Hall-Smith  
    Debtors

Case No. 19-21795-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 11, 2019  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2019.  
db/jdb    +Arkeith J. Smith, Sr.,    Cyntrina S. Hall-Smith,    30 Caraway Court,    Lumberton, NJ 08048-4231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2019 at the address(es) listed below:  
        Albert    Russo    docs@russotrustee.com  
        Eric    Clayman    on behalf of Joint Debtor Cyntrina S. Hall-Smith jenkins.clayman@verizon.net,  
     connor@jenkinsclayman.com  
        Eric    Clayman    on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net,  
     connor@jenkinsclayman.com  
        Lori C. Greenberg    on behalf of Creditor    Connection Property Management, LLC  
     lorijdcpa@gmail.com,   mtmaddenjd@gmail.com  
        Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services LLC rsolarz@kmllawgroup.com  
        Stephanie F. Ritigstein    on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net,  
     connor@jenkinsclayman.com  
        Stephanie F. Ritigstein    on behalf of Joint Debtor Cyntrina S. Hall-Smith  
     jenkins.clayman@verizon.net,   connor@jenkinsclayman.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                   TOTAL: 8