UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

## Jenkins & Clayman

Stephanie F. Ritigstein
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorney for Debtor

In Re:

Arkeith J. Smith, Sr.
Cyntrina S. Hall-Smith
debtors

Case No.: _____19-21795_____

Judge: _____Michael B. Kaplan_____

Chapter: _____13_____

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by ___United Auto Credit Corporation___,

   creditor.

   A hearing has been scheduled for _____January 8, 2020_____, at ___9:00 a.m.___.


   ☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.


   ☐ Certification of Default filed by _____.

   I am requesting a hearing be scheduled in this matter.


2. I am objecting to the above for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $_____, but have not

   been accounted for.  Documentation in support of attached hereto.

    ☒       Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

This creditor holds a loan on my 2014 Chrysler 300. Pursuant to my proposed
Chapter 13 plan, I am going to be paying this creditor through the plan, in full, at
a reduced amount as a "cramdown." My plan does not propose post-petition
payments outside of the plan due to this fact. Therefore, the Motion should be
withdrawn or otherwise denied.


    ☐       Other (**explain your answer**):




3.        I certify under penalty of perjury that the above is true.



Date: December 30, 2019                   /s/ Arkeith J. Smith, Sr.
                                            Debtor's Signature


Date: December 30, 2019                   /s/ Cyntrina S. Hall-Smith
                                            Debtor's Signature



**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the
Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the
hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter
13 Trustee's Motion to Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the
Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a
Certification of Default.


*rev.8/1/15*