**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

  0   Valuation of Security     0    Assumption of Executory Contract or Unexpired Lease     0    Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:  
Arkeith J. Smith, Sr. & Cyntrina S. Hall-Smith  
                Debtor(s)

Case No.: 19-21795  
Judge: MBK

## Chapter 13 Plan and Motions

☐ Original     ☒ Modified/Notice Required     Date: 01/09/2020  
☐ Motions Included     ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __EJC__     Initial Debtor: __AJS__     Initial Co-Debtor: __CSS__

$2,686.20 paid to date, then:

**Part 1: Payment and Length of Plan**

a. The debtor shall pay $ __380__ per __month__ to the Chapter 13 Trustee, starting on __February 2020__ for ~~approximately~~ remaining __53__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☒ Other sources of funding (describe source, amount and date when funds are available):

Food Stamps

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,069.56 plus all other court approved fees and costs |
| ~~DOMESTIC SUPPORT OBLIGATION~~ | | |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:**  ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:**  ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Global Lending Services | 2012 Toyota Venza | $457 | --- | $457 | July, 2019 |

c. **Secured claims excluded from 11 U.S.C. 506:**  ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| United Auto Credit | 2014 Chrysler 300 | $14,125 | $13,275 | --- | $13,275 | 6% cramdown | $15,396 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than _____0_____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Qiao Yang & Connection Property Management | $0 | Residential lease | Rejected | $0 |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| United Auto Credit | 2014 Chrysler 300 | $14,125 | $13,275 | $13,275 @ 6% = $15,396 | Remaining balance |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Jenkins & Clayman
3) According to Trustee's standard order
4) _____

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 06/26/2019                        .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| It is being modified because the landlord received an order vacating stay | Debtor is rejecting the residential lease |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

# Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 01/09/2020                                  /s/ Arkeith J. Smith, Sr.
                                                  Debtor

Date: 01/09/2020                                  /s/ Cyntrina S. Hall-Smith
                                                  Joint Debtor

Date: 01/09/2020                                  /s/ Stephanie F. Ritigstein
                                                  Attorney for Debtor(s)

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 19-21795-MBK
    Arkeith J. Smith, Sr.                                       Chapter 13
    Cyntrina S. Hall-Smith
            Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 3                  Date Rcvd: Jan 13, 2020
                              Form ID: pdf901              Total Noticed: 90


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
db/jdb         +Arkeith J. Smith, Sr.,    Cyntrina S. Hall-Smith,    30 Caraway Court,    Lumberton, NJ 08048-4231
cr             +Connection Property Management, LLC,    1 Eves Drive,    Suite 111,    Marlton, NJ 08053-3125
518299625      +Aaron's Sales & Lease Ownership,    PO Box 102746,    Atlanta, GA 30368-2746
518299628      +Burlington Anesthesia Associates,    c/o Apex Asset Management,    1286 Carmichael Way,
                 Montgomery, AL 36106-3645
518299629       Burlington Woods/Genesis,    PO Box 206894,    Dallas, TX 75320-6894
518312748      +COMCAST,    PO BOX 1931,   Burlingame, CA 94011-1931
518299630      +Capital One,    c/o Lyons Doughty & Veldhuis,    136 Gaither Drive, Suite 100,
                 Mount Laurel, NJ 08054-1725
518299631     #+Carol Cohen,    c/o HF Holdings, Inc.,    5929 Anno Avenue,    Orlando, FL 32809-4164
518299632      +Certegy/Marshalls,    PO Box 30046,    Tampa, FL 33630-3046
518299636       Children's Hospital of Philadelphia,    Physician's Billing - PB CHOP,    PO Box 788017,
                 Philadelphia, PA 19178-8017
518299637      +Comcast,    c/o Eastern Account System,    75 Glen Road, Suite 110,    Sandy Hook, CT 06482-1170
518299640      +Consumer Portfolio Services,    19500 Jamboree Road,    Suite 500,    Irvine, CA 92612-2437
518299641       Credit One Bank,    c/o MIdland Credit Management, Inc.,    PO Box 301030,
                 Los Angeles, CA 90030-1030
518299642      +Diagnostic Pathology Consultants,    c/o Rickart Collection Systems, Inc.,    575 Milltown Road,
                 PO BOX 7242,    North Brunswick, NJ 08902-7242
518299644      +Emergency Phy Assoc of S. Jersey,    c/o Account Resolution Services,    PO Box 189018,
                 Plantation, FL 33318-9018
518387112       Emergency Physicians Services of NJ, PA,    PO Box 1123,    Minneapolis MN 55440-1123
518299646      +Firstline Financial, Inc.,    PO Box 895,    Great Falls, VA 22066-0895
518299649       Geico,    One Geico Plaza,    Bethesda, MD 20810-0001
518299651      +HSBC Bank,    PO Box 9,    Buffalo, NY 14240-0009
518299652       Jefferson Capital Systems, LLC,    c/o Synergetic Communication, Inc.,
                 2700 East Seltice Way, Suite 4,    Post Falls, ID 83854-6387
518299653      +Larchmont Imaging,    c/o Apex Asset Management,    2501 Oregon Pike,    Suite 120,
                 Lancaster, PA 17601-4890
518299654      +Lourdes Burlington County,    218 A Sunset Road,    Willingboro, NJ 08046-1110
518299655      +Lourdes Medical Associates,    c/o Apex Asset Management,    PO Box 5407,
                 Lancaster, PA 17606-5407
518299657      +Macy's,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
518299656       Macy's,    c/o FMS Inc.,    PO BOX 707601,    Tulsa, OK 74170-7601
518299659      +Midland Funding, LLC,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518299661      +Monarch Recovery Management, Inc.,    PO Box 986,    Bensalem, PA 19020-0986
518299664      +NJ Department of Labor,    PO BOX 951,    Trenton, NJ 08625-0951
518323713      +Nelline Smith,    30 Caraway Court,    Lumberton, NJ 08048-4231
518299662       New Jersey American Water,    Box 371331,    Pittsburgh, PA 15250-7331
518299663       New Jersey American Water,    c/o PennCredit Corporation,    PO Box 69703,
                 Harrisburg, PA 17106-9703
518375798       PSE&G,    Attn: Bankruptcy Dept.,    PO Box 709,    Newark NJ 07101-0709
518299665      +Pediatrix Medical Group,    c/o Focused Recovery Solutions,    9701 Metropolitan Court,
                 Richmond, VA 23236-3690
518299666      +Penn Foster,    14300 N. Northsight Boulevard,    Scottsdale, AZ 85260-3674
518299667     #+Penn Foster,    c/o Ability Recovery Services,    921 Oak Street,    Scranton, PA 18508-1235
518299668       Penn Medicine,    c/o Penn Credit Corporation,    916 South 14th Street,
                 Harrisburg, PA 17104-3425
518299669      +Proactiv Solution,    c/o RJM Acquisitions, LLC,    575 Underhill Boulevard, Suite 224,
                 Syosset, NY 11791-3416
518299670      +Progressive Garden State Insurance Co,    c/o Caine & Weiner,    12005 Ford Road, Suite 300,
                 Dallas, TX 75234-7262
518299674      +Qiao Yang & Connection Property Mgmt,    c/o Lori C. Greenberg, Esquire,
                 1 Eves Drive, Suite 111,    Marlton, NJ 08053-3125
518299676      +Radiology Assoc. of Burlington County,    c/o Apex Asset Management,
                 2501 Oregon Pike, Suite 120,    Lancaster, PA 17601-4890
518299675       Radiology Assoc. of Burlington County,    PO Box 447,    Hainesport, NJ 08036-0447
518299677      +Robert Wood Johnson Hamilton,    One Hamilton Place,    Hamilton, NJ 08690-3599
518299678      +Robert Wood Johnson Hamilton,    c/o Financial Recoveries,    200 E. Park Drive, Suite 100,
                 Mount Laurel, NJ 08054-1297
518299679       Salute,    PO Box 105555,    Atlanta, GA 30348-5555
518299680      +Social Security Administration,    4240 Market Street,    Philadelphia, PA 19104-3184
518299683      +Superfresh Food Market,    c/o Payliance,    3 Easton Oval, Suite 210,    Columbus, OH 43219-6011
518299689       TD Bank,    c/o Accounts Receivable Management,    PO Box 129,    Thorofare, NJ 08086-0129
518299690       TD Bank,    Operations Center,    PO Box 4000,    Lewiston, ME 04243
518299691       United Auto Credit,    PO Box 660017,    Dallas, TX 75266-0017
518306311      +United Auto Credit Corporation,    PO Box 163049,    Fort Worth, TX 76161-3049
518299693       Verizon/US Asset Management, Inc.,    c/o EOS CCA,    PO Box 981008,    Boston, MA 02298-1008
518299694       Virtua Hospital Patient Payments,    PO Box 780857,    Philadelphia, PA 19178-0857
518299695      +Walmart,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518299696       Webbank/Fingerhut,    Jefferson Capital Systems,    c/o Asset Recovery Solutions, LLC,
                 2200 East Devon Avenue, Suite 200,    Des Plaines, IL 60018-4501
518299697       Wells Fargo Bank,    1520 NJ-38 Bldg 3,    Hainesport, NJ 08036
```

```
District/off: 0312-3          User: admin                   Page 2 of 3                   Date Rcvd: Jan 13, 2020
                              Form ID: pdf901               Total Noticed: 90


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2020 23:54:05      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2020 23:54:03      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518332019        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 14 2020 00:12:33
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518299633        +E-mail/Text: csrmn@thecmigroup.com Jan 13 2020 23:54:54      Certegy/Marshalls,
                  c/o Affiliated Credit Services,    PO Box 7739,    Rochester, MN 55903-7739
518299634        +E-mail/Text: tuscolsup@fisglobal.com Jan 13 2020 23:54:37      Certegy/Marshalls,
                  c/o Complete Payment Recovery Service,    11601 Roosevelt Blvd., N TA09,
                  Saint Petersburg, FL 33716-2202
518299635        +E-mail/Text: bankruptcydepartment@tsico.com Jan 13 2020 23:54:44
                  Cherry Hill Emergency Physicians,    c/o NCO Financial Systems,    PO Box 15273,
                  Wilmington, DE 19850-5273
518299638        +E-mail/Text: documentfiling@lciinc.com Jan 13 2020 23:52:49      Comcast,
                  21 Beverly Rancocas Road,    Willingboro, NJ 08046-2532
518299639         E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 13 2020 23:54:52      Comcast Cable,
                  c/o Credit Collection Services,    Payment Processing Center,    PO Box 55126,
                  Boston, MA 02205-5126
518323716        +E-mail/Text: bankruptcy@consumerportfolio.com Jan 13 2020 23:54:18
                  Consumer Portfolio Services,    POB 57071,    Irvine, CA 92619-7071
518299643        +E-mail/Text: bankruptcynotices@dcicollect.com Jan 13 2020 23:54:35      Dish Network,
                  c/o Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
518299645         E-mail/Text: bnc-bluestem@quantum3group.com Jan 13 2020 23:54:38      Fingerhut Advantage,
                  PO Box 166,    Newark, NJ 07101-0166
518299647        +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 00:00:06      GE Money Bank,
                  ATTN: Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
518299648        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 13 2020 23:54:02      GE Money Bank,
                  c/o Midland Funding, LLC,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
518299650         E-mail/Text: bankruptcy@glsllc.com Jan 13 2020 23:52:47      Global Lending Services,
                  PO Box 935538,    Atlanta, GA 31193-5538
518379060         E-mail/Text: bankruptcy@glsllc.com Jan 13 2020 23:52:47      Global Lending Services LLC,
                  1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
518376927         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 13 2020 23:54:23      Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
518407996        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 13 2020 23:54:02      Midland Funding LLC,
                  P.O. Box 2011,    Warren, MI 48090-2011
518299658        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 13 2020 23:54:02      Midland Funding, LLC,
                  8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
518299660        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 13 2020 23:54:02      Midland Funding, LLC,
                  2365 Northside Dr #300,    San Diego, CA 92108-2709
518343018        +E-mail/Text: csc.bankruptcy@amwater.com Jan 13 2020 23:54:53      New Jersey American Water,
                  PO Box 578,    Alton, IL 62002-0578
518417726         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 14 2020 00:23:02
                  Portfolio Recovery Associates, LLC,    c/o Wal-mart,    POB 41067,    Norfolk VA 23541
518299671         E-mail/Text: compliance@contractcallers.com Jan 13 2020 23:55:00      PSE&G,
                  c/o Contract Callers, Inc.,    PO Box 2207,    Augusta, GA 30903-2207
518299673         E-mail/Text: bankruptcy@pseg.com Jan 13 2020 23:53:01      PSE&G,   Credit & Collection Center,
                  PO Box 490,    Cranford, NJ 07016-0490
518299672        +E-mail/Text: Harris@ebn.phinsolutions.com Jan 13 2020 23:55:00      PSE&G,
                  c/o Harris and Harris,    111 West Jackson Blvd., Ste. 400,    Chicago, IL 60604-4135
518377684        +E-mail/Text: bankruptcy@pseg.com Jan 13 2020 23:53:01      PSE&G,    Attn: Bankruptcy Dept.,
                  P.O. Box 490,    Cranford, NJ 07016-0490
518305870         E-mail/Text: bnc-quantum@quantum3group.com Jan 13 2020 23:53:53
                  Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                  Kirkland, WA 98083-0788
518299682         E-mail/Text: appebnmailbox@sprint.com Jan 13 2020 23:54:01      Sprint,    6391 Sprint Parkway,
                  Overland Park, KS 66251
518299681         E-mail/Text: appebnmailbox@sprint.com Jan 13 2020 23:54:02      Sprint,   c/o Afni, Inc.,
                  PO Box 3517,    Bloomington, IL 61702-3517
518302325        +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2020 00:00:41      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518299684        +E-mail/Text: customercareus@creditcorpsolutionsinc.com Jan 13 2020 23:52:47
                  Synchrony Bank/Amazon,    c/o Credit Corp Solutions, Inc.,    63 East 11400 South 408,
                  Sandy, UT 84070-6705
518299685         E-mail/Text: mediamanagers@clientservices.com Jan 13 2020 23:53:05
                  Synchrony Bank/Walmart Credit Card,    c/o Client Services, Inc.,    3451 Harry S. Truman Blvd,
                  Saint Charles, MO 63301-4047
518299686        +E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jan 14 2020 00:01:16      T-Mobile,
                  PO Box 742596,    Cincinnati, OH 45274-2596
518299688        +E-mail/Text: bknotice@ercbpo.com Jan 13 2020 23:54:10      T-Mobile,    c/o Enhanced Recovery,
                  PO Box 57547,    Jacksonville, FL 32241-7547
518299687        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 13 2020 23:54:02      T-Mobile,
                  c/o Midland Funding, LLC,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jan 13, 2020
                              Form ID: pdf901          Total Noticed: 90
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518299692        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 13 2020 23:52:38
                   Verizon,    PO Box 33078,    Saint Petersburg, FL 33733-8078
                                                                                              TOTAL: 35

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518299626    ##+B & D Auto Sales, Inc.,    842 Route 130 North,    Burlington, NJ 08016-1250
518299627    ##+Burlington Anesthesia Associates,    120 Madison Avenue, Suite E,    Mount Holly, NJ 08060-2031
                                                                                            TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:

```
              Albert    Russo    docs@russotrustee.com
              Eric   Clayman    on behalf of Joint Debtor Cyntrina S. Hall-Smith jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric   Clayman    on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Keri P. Ebeck    on behalf of Creditor   United Auto Credit Corporation kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lori C. Greenberg    on behalf of Creditor   Connection Property Management, LLC
               lorijdcpa@gmail.com,  mtmaddenjd@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services LLC rsolarz@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Joint Debtor Cyntrina S. Hall-Smith
               jenkins.clayman@verizon.net,  connor@jenkinsclayman.com
              Stephanie F. Ritigstein    on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```