Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–21795–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Arkeith J. Smith Sr.　　　　　　　　　　　　Cyntrina S. Hall–Smith
30 Caraway Court　　　　　　　　　　　　　30 Caraway Court
Lumberton, NJ 08048　　　　　　　　　　　　Lumberton, NJ 08048

Social Security No.:
　xxx–xx–1974　　　　　　　　　　　　　　　xxx–xx–6864

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 1/9/2020 and a confirmation hearing on such Plan has been scheduled for 2/18/2020 at 10:00 AM.

The debtor filed a Modified Plan on 1/24/2020 and a confirmation hearing on the Modified Plan is scheduled for 3/3/2020 at 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 27, 2020
JAN: gan

　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 19-21795-MBK
    Arkeith J. Smith, Sr.                                          Chapter 13
    Cyntrina S. Hall-Smith
          Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 3                  Date Rcvd: Jan 27, 2020
                              Form ID: 186               Total Noticed: 90


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
db/jdb         +Arkeith J. Smith, Sr.,    Cyntrina S. Hall-Smith,    30 Caraway Court,    Lumberton, NJ 08048-4231
cr             +Connection Property Management, LLC,    1 Eves Drive,    Suite 111,    Marlton, NJ 08053-3125
518299625      +Aaron's Sales & Lease Ownership,    PO Box 102746,    Atlanta, GA 30368-2746
518299628      +Burlington Anesthesia Associates,    c/o Apex Asset Management,     1286 Carmichael Way,
                 Montgomery, AL 36106-3645
518299629       Burlington Woods/Genesis,    PO Box 206894,    Dallas, TX 75320-6894
518312748      +COMCAST,   PO BOX 1931,    Burlingame, CA 94011-1931
518299630      +Capital One,    c/o Lyons Doughty & Veldhuis,    136 Gaither Drive, Suite 100,
                 Mount Laurel, NJ 08054-1725
518299631     #+Carol Cohen,    c/o HF Holdings, Inc.,    5929 Anno Avenue,    Orlando, FL 32809-4164
518299632      +Certegy/Marshalls,    PO Box 30046,   Tampa, FL 33630-3046
518299636       Children's Hospital of Philadelphia,     Physician's Billing - PB CHOP,    PO Box 788017,
                 Philadelphia, PA 19178-8017
518299637      +Comcast,   c/o Eastern Account System,    75 Glen Road, Suite 110,    Sandy Hook, CT 06482-1170
518299640      +Consumer Portfolio Services,    19500 Jamboree Road,    Suite 500,   Irvine, CA 92612-2437
518299641       Credit One Bank,    c/o MIdland Credit Management, Inc.,    PO Box 301030,
                 Los Angeles, CA 90030-1030
518299642      +Diagnostic Pathology Consultants,    c/o Rickart Collection Systems, Inc.,     575 Milltown Road,
                 PO BOX 7242,    North Brunswick, NJ 08902-7242
518299644      +Emergency Phy Assoc of S. Jersey,    c/o Account Resolution Services,    PO Box 189018,
                 Plantation, FL 33318-9018
518387112       Emergency Physicians Services of NJ, PA,    PO Box 1123,    Minneapolis MN 55440-1123
518299646      +Firstline Financial, Inc.,    PO Box 895,    Great Falls, VA 22066-0895
518299649       Geico,   One Geico Plaza,    Bethesda, MD 20810-0001
518299651      +HSBC Bank,    PO Box 9,   Buffalo, NY 14240-0009
518299652       Jefferson Capital Systems, LLC,    c/o Synergetic Communication, Inc.,
                 2700 East Seltice Way, Suite 4,    Post Falls, ID 83854-6387
518299653      +Larchmont Imaging,    c/o Apex Asset Management,    2501 Oregon Pike,    Suite 120,
                 Lancaster, PA 17601-4890
518299654      +Lourdes Burlington County,    218 A Sunset Road,    Willingboro, NJ 08046-1110
518299655      +Lourdes Medical Associates,    c/o Apex Asset Management,    PO Box 5407,
                 Lancaster, PA 17606-5407
518299657      +Macy's,   Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
518299656       Macy's,   c/o FMS Inc.,    PO BOX 707601,    Tulsa, OK 74170-7601
518299659      +Midland Funding, LLC,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518299661      +Monarch Recovery Management, Inc.,    PO Box 986,    Bensalem, PA 19020-0986
518299664      +NJ Department of Labor,    PO BOX 951,    Trenton, NJ 08625-0951
518323713      +Nelline Smith,    30 Caraway Court,    Lumberton, NJ 08048-4231
518299662       New Jersey American Water,    Box 371331,    Pittsburgh, PA 15250-7331
518299663       New Jersey American Water,    c/o PennCredit Corporation,    PO Box 69703,
                 Harrisburg, PA 17106-9703
518375798       PSE&G,   Attn: Bankruptcy Dept.,    PO Box 709,    Newark NJ 07101-0709
518299665      +Pediatrix Medical Group,    c/o Focused Recovery Solutions,    9701 Metropolitan Court,
                 Richmond, VA 23236-3690
518299667     #+Penn Foster,    c/o Ability Recovery Services,    921 Oak Street,    Scranton, PA 18508-1235
518299666      +Penn Foster,    14300 N. Northsight Boulevard,    Scottsdale, AZ 85260-3674
518299668       Penn Medicine,    c/o Penn Credit Corporation,    916 South 14th Street,
                 Harrisburg, PA 17104-3425
518299669      +Proactiv Solution,    c/o RJM Acquisitions, LLC,    575 Underhill Boulevard, Suite 224,
                 Syosset, NY 11791-3416
518299670      +Progressive Garden State Insurance Co,    c/o Caine & Weiner,    12005 Ford Road, Suite 300,
                 Dallas, TX 75234-7262
518299674      +Qiao Yang & Connection Property Mgmt,    c/o Lori C. Greenberg, Esquire,
                 1 Eves Drive, Suite 111,    Marlton, NJ 08053-3125
518299675       Radiology Assoc. of Burlington County,    PO Box 447,    Hainesport, NJ 08036-0447
518299676      +Radiology Assoc. of Burlington County,    c/o Apex Asset Management,
                 2501 Oregon Pike, Suite 120,    Lancaster, PA 17601-4890
518299678      +Robert Wood Johnson Hamilton,    c/o Financial Recoveries,    200 E. Park Drive, Suite 100,
                 Mount Laurel, NJ 08054-1297
518299677      +Robert Wood Johnson Hamilton,    One Hamilton Place,    Hamilton, NJ 08690-3599
518299679       Salute,   PO Box 105555,    Atlanta, GA 30348-5555
518299680      +Social Security Administration,    4240 Market Street,    Philadelphia, PA 19104-3184
518299683      +Superfresh Food Market,    c/o Payliance,    3 Easton Oval, Suite 210,    Columbus, OH 43219-6011
518299690       TD Bank,    Operations Center,    PO Box 4000,    Lewiston, ME 04243
518299689       TD Bank,    c/o Accounts Receivable Management,    PO Box 129,    Thorofare, NJ 08086-0129
518299691       United Auto Credit,    PO Box 660017,    Dallas, TX 75266-0017
518306311      +United Auto Credit Corporation,    PO Box 163049,    Fort Worth, TX 76161-3049
518299693       Verizon/US Asset Management, Inc.,    c/o EOS CCA,    PO Box 981008,    Boston, MA 02298-1008
518299694       Virtua Hospital Patient Payments,    PO Box 780857,    Philadelphia, PA 19178-0857
518299695      +Walmart,   c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518299696       Webbank/Fingerhut,    Jefferson Capital Systems,    c/o Asset Recovery Solutions, LLC,
                 2200 East Devon Avenue, Suite 200,    Des Plaines, IL 60018-4501
518299697       Wells Fargo Bank,    1520 NJ-38 Bldg 3,    Hainesport, NJ 08036
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Jan 27, 2020
                              Form ID: 186             Total Noticed: 90


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg                    E-mail/Text: usanj.njbankr@usdoj.gov Jan 28 2020 00:26:07      U.S. Attorney,    970 Broad St.,
                       Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg                   +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 28 2020 00:26:04       United States Trustee,
                       Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                       Newark, NJ 07102-5235
518332019             +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 28 2020 00:33:48
                       Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518299633             +E-mail/Text: csrmn@thecmigroup.com Jan 28 2020 00:27:00       Certegy/Marshalls,
                       c/o Affiliated Credit Services,    PO Box 7739,    Rochester, MN 55903-7739
518299634             +E-mail/Text: tuscolsup@fisglobal.com Jan 28 2020 00:26:45       Certegy/Marshalls,
                       c/o Complete Payment Recovery Service,    11601 Roosevelt Blvd., N TA09,
                       Saint Petersburg, FL 33716-2202
518299635             +E-mail/Text: bankruptcydepartment@tsico.com Jan 28 2020 00:26:49
                       Cherry Hill Emergency Physicians,    c/o NCO Financial Systems,    PO Box 15273,
                       Wilmington, DE 19850-5273
518299638             +E-mail/Text: documentfiling@lciinc.com Jan 28 2020 00:24:04       Comcast,
                       21 Beverly Rancocas Road,    Willingboro, NJ 08046-2532
518299639              E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 28 2020 00:26:57      Comcast Cable,
                       c/o Credit Collection Services,    Payment Processing Center,    PO Box 55126,
                       Boston, MA 02205-5126
518323716             +E-mail/Text: bankruptcy@consumerportfolio.com Jan 28 2020 00:26:17
                       Consumer Portfolio Services,    POB 57071,    Irvine, CA 92619-7071
518299643             +E-mail/Text: bankruptcynotices@dcicollect.com Jan 28 2020 00:26:41       Dish Network,
                       c/o Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
518299645              E-mail/Text: bnc-bluestem@quantum3group.com Jan 28 2020 00:26:45       Fingerhut Advantage,
                       PO Box 166,    Newark, NJ 07101-0166
518299647             +E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2020 00:20:13       GE Money Bank,
                       ATTN: Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
518299648             +E-mail/Text: bankruptcydpt@mcmcg.com Jan 28 2020 00:26:04       GE Money Bank,
                       c/o Midland Funding, LLC,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
518299650              E-mail/Text: bankruptcy@glsllc.com Jan 28 2020 00:24:03       Global Lending Services,
                       PO Box 935538,    Atlanta, GA 31193-5538
518379060              E-mail/Text: bankruptcy@glsllc.com Jan 28 2020 00:24:03       Global Lending Services LLC,
                       1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
518376927              E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 28 2020 00:26:19       Jefferson Capital Systems LLC,
                       Po Box 7999,    Saint Cloud Mn 56302-9617
518407996             +E-mail/Text: bankruptcydpt@mcmcg.com Jan 28 2020 00:26:04       Midland Funding LLC,
                       P.O. Box 2011,    Warren, MI 48090-2011
518299658             +E-mail/Text: bankruptcydpt@mcmcg.com Jan 28 2020 00:26:04       Midland Funding, LLC,
                       8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
518299660             +E-mail/Text: bankruptcydpt@mcmcg.com Jan 28 2020 00:26:04       Midland Funding, LLC,
                       2365 Northside Dr #300,    San Diego, CA 92108-2709
518343018             +E-mail/Text: csc.bankruptcy@amwater.com Jan 28 2020 00:26:59       New Jersey American Water,
                       PO Box 578,    Alton, IL 62002-0578
518417726              E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 28 2020 00:23:00
                       Portfolio Recovery Associates, LLC,    c/o Wal-mart,    POB 41067,    Norfolk VA 23541
518299671              E-mail/Text: compliance@contractcallers.com Jan 28 2020 00:27:09       PSE&G,
                       c/o Contract Callers, Inc.,    PO Box 2207,    Augusta, GA 30903-2207
518299673              E-mail/Text: bankruptcy@pseg.com Jan 28 2020 00:24:08       PSE&G,    Credit & Collection Center,
                       PO Box 490,    Cranford, NJ 07016-0490
518299672             +E-mail/Text: Harris@ebn.phinsolutions.com Jan 28 2020 00:27:09       PSE&G,
                       c/o Harris and Harris,    111 West Jackson Blvd., Ste. 400,    Chicago, IL 60604-4135
518377684             +E-mail/Text: bankruptcy@pseg.com Jan 28 2020 00:24:08       PSE&G,    Attn: Bankruptcy Dept.,
                       P.O. Box 490,    Cranford, NJ 07016-0490
518305870              E-mail/Text: bnc-quantum@quantum3group.com Jan 28 2020 00:25:56
                       Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                       Kirkland, WA 98083-0788
518299682              E-mail/Text: appebnmailbox@sprint.com Jan 28 2020 00:26:02       Sprint,    6391 Sprint Parkway,
                       Overland Park, KS 66251
518299681              E-mail/Text: appebnmailbox@sprint.com Jan 28 2020 00:26:02       Sprint,    c/o Afni, Inc.,
                       PO Box 3517,    Bloomington, IL 61702-3517
518302325             +E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2020 00:20:13       Synchrony Bank,
                       c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518299684             +E-mail/Text: customercareus@creditcorpsolutionsinc.com Jan 28 2020 00:24:03
                       Synchrony Bank/Amazon,    c/o Credit Corp Solutions, Inc.,    63 East 11400 South 408,
                       Sandy, UT 84070-6705
518299685              E-mail/Text: mediamanagers@clientservices.com Jan 28 2020 00:25:04
                       Synchrony Bank/Walmart Credit Card,    c/o Client Services, Inc.,    3451 Harry S. Truman Blvd,
                       Saint Charles, MO 63301-4047
518299686              E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jan 28 2020 00:20:11      T-Mobile,
                       PO Box 742596,    Cincinnati, OH 45274-2596
518299688             +E-mail/Text: bknotice@ercbpo.com Jan 28 2020 00:26:09       T-Mobile,    c/o Enhanced Recovery,
                       PO Box 57547,    Jacksonville, FL 32241-7547
518299687             +E-mail/Text: bankruptcydpt@mcmcg.com Jan 28 2020 00:26:04       T-Mobile,
                       c/o Midland Funding, LLC,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jan 27, 2020
                              Form ID: 186             Total Noticed: 90
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518299692       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 28 2020 00:23:54
                 Verizon,   PO Box 33078,   Saint Petersburg, FL 33733-8078
                                                                                                TOTAL: 35

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518299626     ##+B & D Auto Sales, Inc.,    842 Route 130 North,    Burlington, NJ 08016-1250
518299627     ##+Burlington Anesthesia Associates,    120 Madison Avenue, Suite E,   Mount Holly, NJ 08060-2031
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2020 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Eric   Clayman     on behalf of Joint Debtor Cyntrina S. Hall-Smith jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric   Clayman     on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Keri P. Ebeck    on behalf of Creditor    United Auto Credit Corporation kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lori C. Greenberg    on behalf of Creditor    Connection Property Management, LLC
               lorijdcpa@gmail.com, mtmaddenjd@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services LLC rsolarz@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Joint Debtor Cyntrina S. Hall-Smith
               jenkins.clayman@verizon.net, connor@jenkinsclayman.com
              Stephanie F. Ritigstein    on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 9
```