**Bernstein-Burkley, P.C.**
**Keri P. Ebeck, Esquire**
**Bar No. 262092017**
**707 Grant Street, Suite 2200, Gulf Tower**
**Pittsburgh, PA 15219**
**(412) 456-8112**

Order Filed on March 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

### ATTORNEY FOR CREDITOR: UNITED AUTO CREDIT CORPORATION

---

## IN THE BANKRUPTCY COURT FOR THE
## DISTRICT OF NEW JERSEY (TRENTON)
## HONORABLE MICHAEL B. KAPLAN

| | | |
|---|---|---|
| In re: | : | Case No. 19-21795-MBK |
| | : | |
| | : | |
| ARKEITH J. SMITH, SR. and | : | |
| CYNTRINA S. HALL- SMITH | : | |
| | : | Chapter 13 |
| DEBTORS | : | |
| | : | Hearing Date: January 22, 2020 |
| _____ | : | |

### CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY DATED DECEMBER 13, 2019

The relief set forth on the following pages, number one (1) through six (6) are hereby

ORDERED.

**DATED: March 17, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| Debtors: | Arkeith J. Smith, Sr. and Cyntrina S. Hall-Smith |
|---|---|
| Case No.: | 19-21795-MBK |
| Caption of Order: | Consent Order Modifying Stay as to Personal Property |

The 11 U.S.C. §362(a) Stay as to United Auto Credit Corporation ("Movant"), with respect to the personal property of Debtors' described as a 2014 Chrysler 300 4DR, VIN #2C3CCAAG1EH373027 in accordance with the agreement of the Debtors and Movant is hereby modified and shall remain in effect PROVIDED THAT the Debtors comply with the following terms and conditions:

1. Within ten (10) days of approval of this Consent Order, the Debtors shall file a modified plan paying Movant's claim filed at Claim No. 2 in full at a modified interest rate. Claim No. 2 shall be paid at $14,113.01 plus $846.78 interest for a Total Claim amount of $14,959.79.

2. Upon approval of this Consent Order, adequate protection payments in the amount of $1200.00 shall be paid to the Movant by the Trustee

3. Debtors will be in default under the Consent Order in the event that Debtors fail to comply with the payment terms and conditions in Paragraph 1, *supra.* If the Debtors default, Movant may file a Certification of Default on five (5) days' notice to Debtor, counsel for Debtor and the Chapter 13 Trustee for an Order lifting the automatic Stay imposed under 11 U.S.C. §362(a) and permitting Movant to exercise any rights under the loan documents with respect to the motor vehicle including, but not limited to, initiating and completing sale of the motor vehicle without regard to any future conversion of this matter to a different form of bankruptcy.

| | |
|---|---|
| Debtors: | Arkeith J. Smith, Sr. and Cyntrina S. Hall-Smith |
| Case No.: | 19-21795-MBK |
| Caption of Order: | Consent Order Modifying Stay as to Personal Property |

4.  The failure of Movant to file a notice of default will not be construed or act as a waiver of any of the rights of Movant under the Consent Order.

5.  In the event the Debtor converts to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code, then Debtors shall pay all pre-petition arrears and post-petition arrears within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter.

6.  Movant's fees and costs of $531 are to be paid through the Chapter 13 Plan.

We hereby Consent to the form and entry of the foregoing Order.

Dated: March 4, 2020

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-21795-MBK
Arkeith J. Smith, Sr.                                              Chapter 13
Cyntrina S. Hall-Smith
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 1              Date Rcvd: Mar 18, 2020
                                 Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db             +Arkeith J. Smith, Sr.,    239 Jackson Street,    Trenton, NJ 08611-1707
jdb            +Cyntrina S. Hall-Smith,    28 Fawn Court,    Lumberton, NJ 08048-4280

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Eric  Clayman    on behalf of Joint Debtor Cyntrina S. Hall-Smith jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
          Eric  Clayman    on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
          Gavin  Stewart    on behalf of Creditor    Global Lending Services LLC gavin@stewartlegalgroup.com
          Keri P. Ebeck    on behalf of Creditor    United Auto Credit Corporation kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
          Lori C. Greenberg    on behalf of Creditor    Connection Property Management, LLC
          lorijdcpa@gmail.com,  mtmaddenjd@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services LLC rsolarz@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Joint Debtor Cyntrina S. Hall-Smith
          jenkins.clayman@verizon.net,  connor@jenkinsclayman.com
          Stephanie F. Ritigstein     on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 10