UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bernstein-Burkley, P.C.
Keri P. Ebeck, Esquire
NJ Bar No. 262092017
kebeck@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8112

Order Filed on June 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ARKEITH J. SMITH, SR. and,
CYNTRINA S. HALL-SMITH
    Debtor.

Case No.: 19-21795-MBK

Hearing Date: _____

Judge: Kaplan

Chapter: 13

Recommended Local Form:   ☑ Followed    ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 2, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of _____United Auto Credit Corporation_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

❏   Real property more fully described as:

☑   Personal property more fully described as:
    2014 Chrysler 300 4DR, VIN #2C3CCAAG1EH373027

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*