| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Bernstein-Burkley, P.C. |
| Keri P. Ebeck, Esquire |
| NJ Bar No. 262092017 |
| kebeck@bernsteinlaw.com |
| Suite 2200, Gulf Tower |
| Pittsburgh, PA 15219 |
| (412) 456-8112 |

**Order Filed on June 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ARKEITH J. SMITH, SR. and,
CYNTRINA S. HALL-SMITH
          Debtor.

Case No.: 19-21795-MBK

Hearing Date: _____

Judge: Kaplan

Chapter: 13

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 2, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____United Auto Credit Corporation_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

❏    Real property more fully described as:

☑    Personal property more fully described as:
    2014 Chrysler 300 4DR, VIN #2C3CCAAG1EH373027

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Arkeith J. Smith, Sr.  
Cyntrina S. Hall-Smith  
      Debtors

Case No. 19-21795-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 02, 2020  
                      Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.  
db        +Arkeith J. Smith, Sr.,   239 Jackson Street,   Trenton, NJ 08611-1707  
jdb       +Cyntrina S. Hall-Smith,   28 Fawn Court,   Lumberton, NJ 08048-4280

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:

      Albert Russo   docs@russotrustee.com  
      Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com  
      Eric Clayman   on behalf of Joint Debtor Cyntrina S. Hall-Smith jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
      Eric Clayman   on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
      Gavin Stewart   on behalf of Creditor   Global Lending Services LLC bk@stewartlegalgroup.com  
      Keri P. Ebeck   on behalf of Creditor   United Auto Credit Corporation kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
      Lori C. Greenberg   on behalf of Creditor   Connection Property Management, LLC lorijdcpa@gmail.com, mtmaddenjd@gmail.com  
      Rebecca Ann Solarz   on behalf of Creditor   Global Lending Services LLC rsolarz@kmllawgroup.com  
      Stephanie F. Ritigstein   on behalf of Joint Debtor Cyntrina S. Hall-Smith jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
      Stephanie F. Ritigstein   on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 11