UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on June 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Arkeith J. Smith, Sr. and Cyntrina S. Hall-Smith

Case No.: 19-21795

Chapter: 13

Judge: Michael B. Kaplan

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE
(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 11, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of  Rhondi L. Schwartz  for a reduction of time for a hearing on  Motion To Reinstate Stay as to Creditor, United Auto Credit Corporation  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  June 16, 2020  at  9:00 am  in the United States Bankruptcy Court,  402 East State Street, Trenton, New Jersey 08608 , Courtroom No.  8 .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 Trustee and any and all interested parties. 

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,   ☒ overnight mail,   ☐ regular mail,   ☒ email,   ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,   ☐ overnight mail,   ☐ regular mail,   ☐ email,   ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other:

*rev.3/23/20*

United States Bankruptcy Court
District of New Jersey

In re:
Arkeith J. Smith, Sr.
Cyntrina S. Hall-Smith
    Debtors

Case No. 19-21795-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Jun 11, 2020
                      Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2020.
db        +Arkeith J. Smith, Sr.,   239 Jackson Street,   Trenton, NJ 08611-1707
jdb       +Cyntrina S. Hall-Smith,  28 Fawn Court,   Lumberton, NJ 08048-4280

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2020                                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2020 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Eric  Clayman   on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          Eric  Clayman   on behalf of Joint Debtor Cyntrina S. Hall-Smith jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          Gavin  Stewart   on behalf of Creditor   Global Lending Services LLC bk@stewartlegalgroup.com
          Keri P. Ebeck   on behalf of Creditor   United Auto Credit Corporation kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
          Lori C. Greenberg   on behalf of Creditor   Connection Property Management, LLC lorijdcpa@gmail.com, mtmaddenjd@gmail.com
          Rebecca Ann Solarz   on behalf of Creditor   Global Lending Services LLC rsolarz@kmllawgroup.com
          Rhondi L. Schwartz   on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net
          Rhondi L. Schwartz   on behalf of Joint Debtor Cyntrina S. Hall-Smith jenkins.clayman@verizon.net
          Stephanie F. Ritigstein   on behalf of Joint Debtor Cyntrina S. Hall-Smith jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          Stephanie F. Ritigstein   on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net, connor@jenkinsclayman.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                            TOTAL: 13