| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN**<br>Stephanie F. Ritigstein, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |
| In Re:<br>Arkeith and Cyntrina Smith<br>debtor | Case No.: 19-21795<br><br>Chapter: 13<br><br>Hearing Date: 4/8/2020<br><br>Judge: MBK |

Order Filed on June 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: June 16, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Jenkins & Clayman</u>, the applicant, is allowed a fee of <u>$895.50</u> for services rendered and expenses in the amount of <u>$8.30</u> for a total of <u>$903.80</u> The allowance is payable:

   <u>X</u>  through the Chapter 13 plan as an administrative priority.

   ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $374 per month starting June 2020 for 49 months to allow for payment of the above fee.