| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on June 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **JENKINS & CLAYMAN**<br>Stephanie F. Ritigstein, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |
| In Re:<br>Arkeith and Cyntrina Smith<br>debtor | Case No.: 19-21795<br>Chapter: 13<br>Hearing Date: 4/8/2020<br>Judge: MBK |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: June 16, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Jenkins & Clayman</u>, the applicant, is allowed a fee of <u>$895.50</u> for services rendered and expenses in the amount of <u>$8.30</u> for a total of <u>$903.80</u> The allowance is payable:

<u>X</u>   through the Chapter 13 plan as an administrative priority.

\_\_\_   outside the plan.

The debtor's monthly plan is modified to require a payment of $374 per month starting June 2020 for 49 months to allow for payment of the above fee.

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                    Case No. 19-21795-MBK
     Arkeith J. Smith, Sr.                                Chapter 13
     Cyntrina S. Hall-Smith
             Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin               Page 1 of 1              Date Rcvd: Jun 16, 2020
                              Form ID: pdf903           Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.
db             +Arkeith J. Smith, Sr.,    239 Jackson Street,    Trenton, NJ 08611-1707
jdb            +Cyntrina S. Hall-Smith,   28 Fawn Court,    Lumberton, NJ 08048-4280

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Eric   Clayman    on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric   Clayman    on behalf of Joint Debtor Cyntrina S. Hall-Smith jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Gavin   Stewart    on behalf of Creditor   Global Lending Services LLC bk@stewartlegalgroup.com
              Keri P. Ebeck    on behalf of Creditor   United Auto Credit Corporation kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lori C. Greenberg    on behalf of Creditor   Connection Property Management, LLC
               lorijdcpa@gmail.com,  mtmaddenjd@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Global Lending Services LLC rsolarz@kmllawgroup.com
              Rhondi L. Schwartz    on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net
              Rhondi L. Schwartz    on behalf of Joint Debtor Cyntrina S. Hall-Smith jenkins.clayman@verizon.net
              Stephanie F. Ritigstein    on behalf of Joint Debtor Cyntrina S. Hall-Smith
               jenkins.clayman@verizon.net,  connor@jenkinsclayman.com
              Stephanie F. Ritigstein    on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 13
```