Order Filed on June 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
**JENKINS & CLAYMAN**
Rhondi Lynn Schwartz, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorney for the Debtor

In Re:

   Arkeith J. Smith, Sr.
   Cyntrina S. Hall-Smith,

   Debtor

Case No.:     19-21795
Chapter:      13
Hearing Date: June 16, 2020
Judge:        Honorable Michael B. Kaplan

## CONSENT ORDER TO IMPOSE AUTOMATIC STAY AS TO UNITED AUTO CREDIT CORPORATION

The relief set forth on the following page, number two (2) is hereby **ORDERED**.

**DATED: June 25, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Arkeith J. Smith, Sr. & Cyntrina S. Hall-Smith
Case No. 19-21795/MBK
Caption of Order: Consent Order to Impose Automatic Stay as to United Auto Credit Corporation

This matter having been presented to the Court by Jenkins & Clayman and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

**ORDERED** that:

1. The automatic stay provisions of the bankruptcy code are hereby reinstated as to United Auto Credit Corporation.

2. The Chapter 13 Trustee shall disburse $1200.00 to United Auto Credit Corporation by July 15, 2020.

3. Consent Order Resolving Motion for Relief From Stay dated December 3, 2019, entered by the Court on March 17, 2020, shall remain in full force and effect.

We hereby consent to the form, content, and entry of the within Order.

_____    Date: 6-16-20
Rhondi Lynn Schwartz, Esquire
Attorney for Debtors

_____    Date: 6/16/2020
Keri P. Ebeck, Esquire
Attorney for United Auto Credit Corporation