**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorney for Debtor

| | |
|---|---|
| IN RE:<br><br>Arkeith J. Smith, Sr.,<br>Debtor | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 13 CASE NO. 19-21795<br><br>APPLICATION FOR WAGE ORDER |

TO: THE HONORABLE MICHAEL B. KAPLAN,

Your applicant, Jenkins & Clayman, attorneys for the debtor, hereby states:

1. Debtor has filed a Chapter 13 bankruptcy proceeding and either voluntarily or by suggestion of the Trustee wants Trustee payments and/or Mortgage payments deducted directly from wages.

2. This application is respectfully submitted in order to have the attached wage order signed by this honorable court.

                                                Respectfully submitted,
                                                Jenkins & Clayman
                                                Attorneys for Debtor

Dated: 6/30/2020                          /s/Eric J Clayman
                                                BY: Eric J Clayman, Esquire