| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**JENKINS & CLAYMAN**<br>Rhondi Lynn Schwartz, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorney for the Debtor | Order Filed on June 25, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>    Arkeith J. Smith, Sr.<br>    Cyntrina S. Hall-Smith,<br><br>    Debtor | Case No.: 19-21795<br>Chapter: 13<br>Hearing Date: June 16, 2020<br>Judge: Honorable Michael B. Kaplan |

## CONSENT ORDER TO IMPOSE AUTOMATIC STAY AS TO UNITED AUTO CREDIT CORPORATION

The relief set forth on the following page, number two (2) is hereby **ORDERED**.

**DATED: June 25, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Arkeith J. Smith, Sr. & Cyntrina S. Hall-Smith
Case No. 19-21795/MBK
Caption of Order: Consent Order to Impose Automatic Stay as to United Auto Credit Corporation

---

This matter having been presented to the Court by Jenkins & Clayman and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

**ORDERED** that:

1. The automatic stay provisions of the bankruptcy code are hereby reinstated as to United Auto Credit Corporation.

2. The Chapter 13 Trustee shall disburse $1200.00 to United Auto Credit Corporation by July 15, 2020.

3. Consent Order Resolving Motion for Relief From Stay dated December 3, 2019, entered by the Court on March 17, 2020, shall remain in full force and effect.

We hereby consent to the form, content, and entry of the within Order.

_____   Date: 6-16-20
Rhondi Lynn Schwartz, Esquire
Attorney for Debtors

_____   Date: 6/16/2020
Keri P. Ebeck, Esquire
Attorney for United Auto Credit Corporation

United States Bankruptcy Court
District of New Jersey

In re:  
Arkeith J. Smith, Sr.  
Cyntrina S. Hall-Smith  
    Debtors

Case No. 19-21795-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 29, 2020  
                Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2020.
```
db             +Arkeith J. Smith, Sr.,    239 Jackson Street,    Trenton, NJ 08611-1707
jdb            +Cyntrina S. Hall-Smith,   28 Fawn Court,    Lumberton, NJ 08048-4280
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2020 at the address(es) listed below:
```
              Albert  Russo    docs@russotrustee.com
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Eric  Clayman    on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric  Clayman    on behalf of Joint Debtor Cyntrina S. Hall-Smith jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Gavin  Stewart    on behalf of Creditor   Global Lending Services LLC bk@stewartlegalgroup.com
              Keri P. Ebeck    on behalf of Creditor   United Auto Credit Corporation kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lori C. Greenberg    on behalf of Creditor   Connection Property Management, LLC
               lorijdcpa@gmail.com, mtmaddenjd@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Global Lending Services LLC rsolarz@kmllawgroup.com
              Rhondi L. Schwartz    on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net
              Rhondi L. Schwartz    on behalf of Joint Debtor Cyntrina S. Hall-Smith jenkins.clayman@verizon.net
              Stephanie F. Ritigstein    on behalf of Joint Debtor Cyntrina S. Hall-Smith
               jenkins.clayman@verizon.net, connor@jenkinsclayman.com
              Stephanie F. Ritigstein    on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```