| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| JENKINS & CLAYMAN<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on July 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Arkeith J. Smith, Sr.,<br>Debtor | Case No.: 19-21795<br>Hearing Date:<br>Judge: Michael B. Kaplan |

# ORDER TO EMPLOYER TO PAY TO THE
# CHAPTER 13 TRUSTEE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: July 13, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The above-named debtor has filed a proceeding under Chapter 13 of Title 11 of the United States Code. The debtor's future earnings have been submitted to the jurisdiction of this Court, in furtherance of the debtor's Chapter 13 plan.

NOW, THEREFORE, pursuant to 11 U.S.C. § 1325(c) AND § 105, IT IS ORDERED that, until further order of this Court, the employer or other party providing income to said debtor shall deduct from the earnings or income of said debtor the following sums each pay period, beginning on the next pay day following receipt of this order, and shall deduct the same amount for each pay period thereafter, including any period for which the debtor receives periodic or lump sum payment for or on account of vacation, termination or other benefits, arising out of present or past employment of the debtor, and to forthwith remit the sum so deducted to the Chapter 13 Standing Trustee.

**Debtor's Employer and Address:**

Amazon
Attn: Payroll Department
410 Terry Avenue North
Seattle, Washington 98109

**Trustee to Whom Payments Must be Forwarded (and Address):**

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101

**Amount to be Deducted and Paid Per Pay Period:**
☒ **Monthly**  ☐ **Bi-Weekly**  ☐ **Weekly**   $ _____374.00_____

IT IS FURTHER ORDERED that the employer or other party making payments shall note the debtor's name and bankruptcy case number on the checks to the trustee.

IT IS FURTHER ORDERED that said employer or other party shall notify said trustee and mortgagee(s) if the earnings or income of said debtor are terminated, and the reasons for such termination.

2

IT IS FURTHER ORDERED that all earnings and wages of the debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any State or political subdivision, or by any insurance, pension or union dues agreement between employer and the debtor, or by the order of this court, shall be paid to the debtor in accordance with employer's usual payroll procedure.

IT IS FURTHER ORDERED that no deduction for or on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court shall be made from the earnings of said debtor.

IT IS FURTHER ORDERED that an order dismissing the debtor's bankruptcy case shall constitute a termination of the requirement to make payments under this order.

IT IS FURTHER ORDERED that this order supersedes previous orders, if any, made to the subject employer or other party in this cause.

IT IS FURTHER ORDERED that the attorney for the debtor shall serve copies of this order on the employer or other party, the trustee, and the mortgagee(s) within seven (7) days.

**IT IS A VIOLATION OF 15 U.S.C. § 1674 AND N.J.S.A. 2A:170-90.4 FOR AN EMPLOYER TO DISCHARGE AN EMPLOYEE OR TAKE ANY OTHER DISCIPLINARY ACTION BECAUSE OF A WAGE GARNISHMENT. AN EMPLOYER VIOLATING SAID STATUTES IS SUBJECT TO FINES AND IMPRISONMENT.**

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:  
Arkeith J. Smith, Sr.  
Cyntrina S. Hall-Smith  
     Debtors

Case No. 19-21795-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 13, 2020  
                     Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.
```
db           +Arkeith J. Smith, Sr.,    239 Jackson Street,    Trenton, NJ 08611-1707
jdb          +Cyntrina S. Hall-Smith,   28 Fawn Court,    Lumberton, NJ 08048-4280
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2020 at the address(es) listed below:
```
              Albert   Russo     docs@russotrustee.com
              Albert   Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Eric   Clayman     on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric   Clayman     on behalf of Joint Debtor Cyntrina S. Hall-Smith jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Gavin   Stewart     on behalf of Creditor    Global Lending Services LLC bk@stewartlegalgroup.com
              Keri P. Ebeck     on behalf of Creditor    United Auto Credit Corporation kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lori C. Greenberg     on behalf of Creditor    Connection Property Management, LLC
               lorijdcpa@gmail.com,  mtmaddenjd@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    Global Lending Services LLC rsolarz@kmllawgroup.com
              Rhondi L. Schwartz     on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net
              Rhondi L. Schwartz     on behalf of Joint Debtor Cyntrina S. Hall-Smith jenkins.clayman@verizon.net
              Stephanie F. Ritigstein     on behalf of Joint Debtor Cyntrina S. Hall-Smith
               jenkins.clayman@verizon.net,  connor@jenkinsclayman.com
              Stephanie F. Ritigstein     on behalf of Debtor Arkeith J. Smith, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 13
```