| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN**<br>Stephanie F. Ritigstein, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |
| In Re<br><br>Arkeith and Cyntrina Smith<br>debtors | Case No.: 19-21795<br>Chapter: 13<br>Hearing Date: 6/2/2020<br>Judge: MBK |

Order Filed on March 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

DATED: March 2, 2021

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $897.50 for services rendered and expenses in the amount of $ 10.25 for a total of $ 907.75 . The allowance is payable:

   X  through the Chapter 13 plan as an administrative priority.

   ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 401.00 per month for 37 months to allow for payment of the above fee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21795-MBK |
| Arkeith J. Smith, Sr. | Chapter 13 |
| Cyntrina S. Hall-Smith | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 02, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arkeith J. Smith, Sr., 239 Jackson Street, Trenton, NJ 08611-1707 |
| jdb | + | Cyntrina S. Hall-Smith, 28 Fawn Court, Lumberton, NJ 08048-4280 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2021                                  Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Eric Clayman | on behalf of Debtor Arkeith J. Smith  Sr. mail@jenkinsclayman.com, connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Mar 02, 2021 | Form ID: pdf903 | Total Noticed: 2

Keri P. Ebeck
    on behalf of Creditor United Auto Credit Corporation KEBECK@BERNSTEINLAW.COM  jbluemle@bernsteinlaw.com

Lori C. Greenberg
    on behalf of Creditor Connection Property Management  LLC lorijdcpa@gmail.com, mtmaddenjd@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor Global Lending Services LLC rsolarz@kmllawgroup.com

Rhondi L. Schwartz
    on behalf of Debtor Arkeith J. Smith  Sr. mail@jenkinsclayman.com

Rhondi L. Schwartz
    on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com

Stephanie F. Ritigstein
    on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com  connor@jenkinsclayman.com

Stephanie F. Ritigstein
    on behalf of Debtor Arkeith J. Smith  Sr. mail@jenkinsclayman.com, connor@jenkinsclayman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13