Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−21795−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Arkeith J. Smith Sr.                         Cyntrina S. Hall−Smith
239 Jackson Street                           28 Fawn Court
Trenton, NJ 08611                            Lumberton, NJ 08048

Social Security No.:
xxx−xx−1974                                  xxx−xx−6864

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 10, 2020.

On 08/23/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              October 13, 2021
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1.     Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
       a written rejection to the modified plan.

2.     Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
       of a secure claim, such holders acceptance or rejection of the Plan before modification will
       be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
       holders acceptance or rejection of the Plan within the time fixed.

3.     **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
       the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 24, 2021
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 19-21795-MBK

Arkeith J. Smith, Sr.                                                                     Chapter 13

Cyntrina S. Hall-Smith

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Aug 24, 2021 | Form ID: 185 | Total Noticed: 91 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arkeith J. Smith, Sr., 239 Jackson Street, Trenton, NJ 08611-1707 |
| jdb | + | Cyntrina S. Hall-Smith, 28 Fawn Court, Lumberton, NJ 08048-4280 |
| cr | + | Connection Property Management, LLC, 1 Eves Drive, Suite 111, Marlton, NJ 08053-3125 |
| cr | + | Global Lending Services LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518299625 | + | Aaron's Sales & Lease Ownership, PO Box 102746, Atlanta, GA 30368-2746 |
| 518299628 | + | Burlington Anesthesia Associates, c/o Apex Asset Management, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 518299629 | | Burlington Woods/Genesis, PO Box 206894, Dallas, TX 75320-6894 |
| 518299630 | + | Capital One, c/o Lyons Doughty & Veldhuis, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-1725 |
| 518299632 | + | Certegy/Marshalls, PO Box 30046, Tampa, FL 33630-3046 |
| 518299636 | | Children's Hospital of Philadelphia, Physician's Billing - PB CHOP, PO Box 788017, Philadelphia, PA 19178-8017 |
| 518299637 | + | Comcast, c/o Eastern Account System, 75 Glen Road, Suite 110, Sandy Hook, CT 06482-1170 |
| 518299640 | + | Consumer Portfolio Services, 19500 Jamboree Road, Suite 500, Irvine, CA 92612-2437 |
| 518299642 | + | Diagnostic Pathology Consultants, c/o Rickart Collection Systems, Inc., 575 Milltown Road, PO BOX 7242, North Brunswick, NJ 08902-7242 |
| 518299644 | + | Emergency Phy Assoc of S. Jersey, c/o Account Resolution Services, PO Box 189018, Plantation, FL 33318-9018 |
| 518387112 | | Emergency Physicians Services of NJ, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518299646 | + | Firstline Financial, Inc., PO Box 895, Great Falls, VA 22066-0895 |
| 518299649 | | Geico, One Geico Plaza, Bethesda, MD 20810-0001 |
| 518299651 | + | HSBC Bank, PO Box 9, Buffalo, NY 14240-0009 |
| 518299652 | | Jefferson Capital Systems, LLC, c/o Synergetic Communication, Inc., 2700 East Seltice Way, Suite 4, Post Falls, ID 83854-6387 |
| 518299653 | + | Larchmont Imaging, c/o Apex Asset Management, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 518299654 | + | Lourdes Burlington County, 218 A Sunset Road, Willingboro, NJ 08046-1110 |
| 518299655 | + | Lourdes Medical Associates, c/o Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 518299656 | | Macy's, c/o FMS Inc., PO BOX 707601, Tulsa, OK 74170-7601 |
| 518299659 | + | Midland Funding, LLC, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518299661 | + | Monarch Recovery Management, Inc., PO Box 986, Bensalem, PA 19020-0986 |
| 518299664 | + | NJ Department of Labor, PO BOX 951, Trenton, NJ 08625-0951 |
| 518323713 | + | Nelline Smith, 30 Caraway Court, Lumberton, NJ 08048-4231 |
| 518299662 | | New Jersey American Water, Box 371331, Pittsburgh, PA 15250-7331 |
| 518299663 | | New Jersey American Water, c/o PennCredit Corporation, PO Box 69703, Harrisburg, PA 17106-9703 |
| 518375798 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518299665 | + | Pediatrix Medical Group, c/o Focused Recovery Solutions, 9701 Metropolitan Court, Richmond, VA 23236-3690 |
| 518299667 | #+ | Penn Foster, c/o Ability Recovery Services, 921 Oak Street, Scranton, PA 18508-1235 |
| 518299666 | + | Penn Foster, 14300 N. Northsight Boulevard, Scottsdale, AZ 85260-3674 |
| 518299668 | | Penn Medicine, c/o Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |
| 518299669 | + | Proactiv Solution, c/o RJM Acquisitions, LLC, 575 Underhill Boulevard, Suite 224, Syosset, NY 11791-3416 |
| 518299670 | + | Progressive Garden State Insurance Co, c/o Caine & Weiner, 12005 Ford Road, Suite 300, Dallas, TX 75234-7262 |
| 518299674 | + | Qiao Yang & Connection Property Mgmt, c/o Lori C. Greenberg, Esquire, 1 Eves Drive, Suite 111, Marlton, NJ 08053-3125 |
| 518299675 | | Radiology Assoc. of Burlington County, PO Box 447, Hainesport, NJ 08036-0447 |
| 518299676 | + | Radiology Assoc. of Burlington County, c/o Apex Asset Management, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 518299678 | + | Robert Wood Johnson Hamilton, c/o Financial Recoveries, 200 E. Park Drive, Suite 100, Mount Laurel, NJ 08054-1297 |

District/off: 0312-3                           User: admin                                      Page 2 of 5
Date Rcvd: Aug 24, 2021                        Form ID: 185                                     Total Noticed: 91

518299677    + Robert Wood Johnson Hamilton, One Hamilton Place, Hamilton, NJ 08690-3599
518299679      Salute, PO Box 105555, Atlanta, GA 30348-5555
518299680    + Social Security Administration, 4240 Market Street, Philadelphia, PA 19104-3184
518299683    + Superfresh Food Market, c/o Payliance, 3 Easton Oval, Suite 210, Columbus, OH 43219-6011
518299690      TD Bank, Operations Center, PO Box 4000, Lewiston, ME 04243
518299689      TD Bank, c/o Accounts Receivable Management, PO Box 129, Thorofare, NJ 08086-0129
518299691      United Auto Credit, PO Box 660017, Dallas, TX 75266-0017
518306311    + United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049
518299693      Verizon/US Asset Management, Inc., c/o EOS CCA, PO Box 981008, Boston, MA 02298-1008
518299694      Virtua Hospital Patient Payments, PO Box 780857, Philadelphia, PA 19178-0857
518299695    + Walmart, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020
518299696      Webbank/Fingerhut, Jefferson Capital Systems, c/o Asset Recovery Solutions, LLC, 2200 East Devon Avenue, Suite 200, Des Plaines, IL
               60018-4501
518299697      Wells Fargo Bank, 1520 NJ-38 Bldg 3, Hainesport, NJ 08036

TOTAL: 53

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Aug 24 2021 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 24 2021 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518312748 | + Email/Text: documentfiling@lciinc.com | Aug 24 2021 20:21:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518332019 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 24 2021 20:31:03 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518299634 | + Email/Text: tuscolsup@fisglobal.com | Aug 24 2021 20:22:00 | Certegy/Marshalls, c/o Complete Payment Recovery Service, 11601 Roosevelt Blvd., N TA09, Saint Petersburg, FL 33716-2202 |
| 518299633 | + Email/Text: csrmn@thecmigroup.com | Aug 24 2021 20:22:00 | Certegy/Marshalls, c/o Affiliated Credit Services, PO Box 7739, Rochester, MN 55903-7739 |
| 518299635 | + Email/Text: bankruptcydepartment@tsico.com | Aug 24 2021 20:22:00 | Cherry Hill Emergency Physicians, c/o NCO Financial Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 518299638 | + Email/Text: documentfiling@lciinc.com | Aug 24 2021 20:21:00 | Comcast, 21 Beverly Rancocas Road, Willingboro, NJ 08046-2532 |
| 518299639 | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 24 2021 20:22:00 | Comcast Cable, c/o Credit Collection Services, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 518323716 | + Email/Text: bankruptcy@consumerportfolio.com | Aug 24 2021 20:22:00 | Consumer Portfolio Services, POB 57071, Irvine, CA 92619-7071 |
| 518299641 | Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2021 20:22:00 | Credit One Bank, c/o MIdland Credit Management, Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 518299657 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2021 20:30:55 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 518299643 | + Email/Text: bankruptcynotices@dcicollect.com | Aug 24 2021 20:22:00 | Dish Network, c/o Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 518299645 | Email/Text: bnc-bluestem@quantum3group.com | Aug 24 2021 20:22:00 | Fingerhut Advantage, PO Box 166, Newark, NJ 07101-0166 |
| 518299647 | + Email/PDF: gecsedi@recoverycorp.com | Aug 24 2021 20:30:52 | GE Money Bank, ATTN: Bankruptcy Dept., PO Box 103104, Roswell, GA 30076-9104 |
| 518299648 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2021 20:22:00 | GE Money Bank, c/o Midland Funding, LLC, |

District/off: 0312-3
Date Rcvd: Aug 24, 2021
User: admin
Form ID: 185
Page 3 of 5
Total Noticed: 91

| | | | |
|---|---|---|---|
| | | | 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518299650 | Email/Text: bankruptcy@glsllc.com | Aug 24 2021 20:21:00 | Global Lending Services, PO Box 935538, Atlanta, GA 31193-5538 |
| 518379060 | Email/Text: bankruptcy@glsllc.com | Aug 24 2021 20:21:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 518376927 | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 24 2021 20:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518407996 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2021 20:22:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518299658 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2021 20:22:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518299660 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2021 20:22:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2709 |
| 518343018 | + Email/Text: csc.bankruptcy@amwater.com | Aug 24 2021 20:22:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 518417726 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 24 2021 20:30:46 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518299671 | Email/Text: compliance@contractcallers.com | Aug 24 2021 20:22:00 | PSE&G, c/o Contract Callers, Inc., PO Box 2207, Augusta, GA 30903-2207 |
| 518299672 | + Email/Text: Harris@ebn.phinsolutions.com | Aug 24 2021 20:22:00 | PSE&G, c/o Harris and Harris, 111 West Jackson Blvd., Ste. 400, Chicago, IL 60604-4135 |
| 518377684 | + Email/Text: bankruptcy@pseg.com | Aug 24 2021 20:21:00 | PSE&G, Attn: Bankruptcy Dept., P.O. Box 490, Cranford, NJ 07016-0490 |
| 518299673 | Email/Text: bankruptcy@pseg.com | Aug 24 2021 20:21:00 | PSE&G, Credit & Collection Center, PO Box 490, Cranford, NJ 07016-0490 |
| 518305870 | Email/Text: bnc-quantum@quantum3group.com | Aug 24 2021 20:22:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518299682 | Email/PDF: ais.sprint.ebn@americaninfosource.com | Aug 24 2021 20:30:52 | Sprint, 6391 Sprint Parkway, Overland Park, KS 66251 |
| 518299681 | Email/PDF: ais.sprint.ebn@americaninfosource.com | Aug 24 2021 20:30:45 | Sprint, c/o Afni, Inc., PO Box 3517, Bloomington, IL 61702-3517 |
| 518302325 | + Email/PDF: gecsedi@recoverycorp.com | Aug 24 2021 20:30:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518299684 | + Email/Text: customercareus@creditcorpsolutionsinc.com | Aug 24 2021 20:21:00 | Synchrony Bank/Amazon, c/o Credit Corp Solutions, Inc., 63 East 11400 South 408, Sandy, UT 84070-6705 |
| 518299685 | Email/Text: mediamanagers@clientservices.com | Aug 24 2021 20:21:00 | Synchrony Bank/Walmart Credit Card, c/o Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-4047 |
| 518299686 | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Aug 24 2021 20:30:51 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 518299688 | + Email/Text: bknotice@ercbpo.com | Aug 24 2021 20:22:00 | T-Mobile, c/o Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518299687 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2021 20:22:00 | T-Mobile, c/o Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518299692 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 24 2021 20:21:00 | Verizon, PO Box 33078, Saint Petersburg, FL 33733-8078 |

TOTAL: 38

District/off: 0312-3 User: admin Page 4 of 5

Date Rcvd: Aug 24, 2021 Form ID: 185 Total Noticed: 91

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518299626 | ##+ | B & D Auto Sales, Inc., 842 Route 130 North, Burlington, NJ 08016-1250 |
| 518299627 | ##+ | Burlington Anesthesia Associates, 120 Madison Avenue, Suite E, Mount Holly, NJ 08060-2031 |
| 518299631 | ##+ | Carol Cohen, c/o HF Holdings, Inc., 5929 Anno Avenue, Orlando, FL 32809-4164 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2021 Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Eric Clayman | on behalf of Debtor Arkeith J. Smith  Sr. mail@jenkinsclayman.com, connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Keri P. Ebeck | on behalf of Creditor United Auto Credit Corporation KEBECK@BERNSTEINLAW.COM  jbluemle@bernsteinlaw.com |
| Lori C. Greenberg | on behalf of Creditor Connection Property Management  LLC lorijdcpa@gmail.com, mtmaddenjd@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Global Lending Services LLC rsolarz@kmllawgroup.com |
| Rhondi L. Schwartz | on behalf of Debtor Arkeith J. Smith  Sr. mail@jenkinsclayman.com |
| Rhondi L. Schwartz | on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com |
| Stephanie F. Ritigstein | on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com  kevin@jenkinsclayman.com |
| Stephanie F. Ritigstein | on behalf of Debtor Arkeith J. Smith  Sr. mail@jenkinsclayman.com, kevin@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                                    User: admin                                    Page 5 of 5
Date Rcvd: Aug 24, 2021                           Form ID: 185                                 Total Noticed: 91
TOTAL: 13