**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0   Valuation of Security        0   Assumption of Executory Contract or Unexpired Lease        0   Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Arkeith Smith and Cyntrina Hall-Smith

Case No.: 19-21795

Judge: MBK

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required            Date: August 23, 2021

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____EJC____        Initial Debtor: _____AJC_____        Initial Co-Debtor: _____CSS_____

| Part 1: | Payment and Length of Plan |
|---|---|

a. The debtor shall pay $ __400.00*__ per __month__ to the Chapter 13 Trustee, starting on __September 1, 2021__ for approximately __42**__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☒ Other sources of funding (describe source, amount and date when funds are available):

Food stamps

\* with $9.055.74 paid-to-date
\*\* for a total plan of 68 months

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| JENKINS AND CLAYMAN | ADMINISTRATIVE | BALANCE DUE: $ *<br><br>*All Court-approved fees, plus $700.00 estimated fees, subject to Court approval |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. |  |  |

## Part 4:    Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Global Lending Services | 2012 Toyota Venza | $457.00 | --- | $457.00 | July 2019 |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**    ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| United Auto Credit | 2014 Chrysler 300 | $14,959.79 |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than  0_____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Qiao Yang & Connection Property Management | $0.00 | Residential Lease | Rejected | $0.00 |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

 a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Trustee Standard Order _____
3) _____
4) _____

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification ☐ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: January 24, 2020_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To capitalize arrears that developed while Debtor Arkeith Smith was out of work due to COVID-19 | Plan is being extended under the CARES Act |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:   Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: August 23, 2021                                  /s/ Arkeith J. Smith, Sr.
                                                        Debtor

Date: August 23, 2021                                  /s/ Cyntrina S. Hall-Smith
                                                        Joint Debtor

Date: August 23, 2021                                  /s/ Rhondi Lynn Schwartz
                                                        Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21795-MBK |
| Arkeith J. Smith, Sr. | Chapter 13 |
| Cyntrina S. Hall-Smith | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 24, 2021 | Form ID: pdf901 | Total Noticed: 91 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arkeith J. Smith, Sr., 239 Jackson Street, Trenton, NJ 08611-1707 |
| jdb | + | Cyntrina S. Hall-Smith, 28 Fawn Court, Lumberton, NJ 08048-4280 |
| cr | + | Connection Property Management, LLC, 1 Eves Drive, Suite 111, Marlton, NJ 08053-3125 |
| cr | + | Global Lending Services LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518299625 | + | Aaron's Sales & Lease Ownership, PO Box 102746, Atlanta, GA 30368-2746 |
| 518299628 | + | Burlington Anesthesia Associates, c/o Apex Asset Management, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 518299629 | | Burlington Woods/Genesis, PO Box 206894, Dallas, TX 75320-6894 |
| 518299630 | + | Capital One, c/o Lyons Doughty & Veldhuis, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-1725 |
| 518299632 | + | Certegy/Marshalls, PO Box 30046, Tampa, FL 33630-3046 |
| 518299636 | | Children's Hospital of Philadelphia, Physician's Billing - PB CHOP, PO Box 788017, Philadelphia, PA 19178-8017 |
| 518299637 | + | Comcast, c/o Eastern Account System, 75 Glen Road, Suite 110, Sandy Hook, CT 06482-1170 |
| 518299640 | + | Consumer Portfolio Services, 19500 Jamboree Road, Suite 500, Irvine, CA 92612-2437 |
| 518299642 | + | Diagnostic Pathology Consultants, c/o Rickart Collection Systems, Inc., 575 Milltown Road, PO BOX 7242, North Brunswick, NJ 08902-7242 |
| 518299644 | + | Emergency Phy Assoc of S. Jersey, c/o Account Resolution Services, PO Box 189018, Plantation, FL 33318-9018 |
| 518387112 | | Emergency Physicians Services of NJ, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518299646 | + | Firstline Financial, Inc., PO Box 895, Great Falls, VA 22066-0895 |
| 518299649 | | Geico, One Geico Plaza, Bethesda, MD 20810-0001 |
| 518299651 | + | HSBC Bank, PO Box 9, Buffalo, NY 14240-0009 |
| 518299652 | | Jefferson Capital Systems, LLC, c/o Synergetic Communication, Inc., 2700 East Seltice Way, Suite 4, Post Falls, ID 83854-6387 |
| 518299653 | + | Larchmont Imaging, c/o Apex Asset Management, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 518299654 | + | Lourdes Burlington County, 218 A Sunset Road, Willingboro, NJ 08046-1110 |
| 518299655 | + | Lourdes Medical Associates, c/o Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 518299656 | | Macy's, c/o FMS Inc., PO BOX 707601, Tulsa, OK 74170-7601 |
| 518299659 | + | Midland Funding, LLC, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518299661 | + | Monarch Recovery Management, Inc., PO Box 986, Bensalem, PA 19020-0986 |
| 518299664 | + | NJ Department of Labor, PO BOX 951, Trenton, NJ 08625-0951 |
| 518323713 | + | Nelline Smith, 30 Caraway Court, Lumberton, NJ 08048-4231 |
| 518299662 | | New Jersey American Water, Box 371331, Pittsburgh, PA 15250-7331 |
| 518299663 | | New Jersey American Water, c/o PennCredit Corporation, PO Box 69703, Harrisburg, PA 17106-9703 |
| 518375798 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518299665 | + | Pediatrix Medical Group, c/o Focused Recovery Solutions, 9701 Metropolitan Court, Richmond, VA 23236-3690 |
| 518299667 | #+ | Penn Foster, c/o Ability Recovery Services, 921 Oak Street, Scranton, PA 18508-1235 |
| 518299666 | + | Penn Foster, 14300 N. Northsight Boulevard, Scottsdale, AZ 85260-3674 |
| 518299668 | | Penn Medicine, c/o Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |
| 518299669 | + | Proactiv Solution, c/o RJM Acquisitions, LLC, 575 Underhill Boulevard, Suite 224, Syosset, NY 11791-3416 |
| 518299670 | + | Progressive Garden State Insurance Co, c/o Caine & Weiner, 12005 Ford Road, Suite 300, Dallas, TX 75234-7262 |
| 518299674 | + | Qiao Yang & Connection Property Mgmt, c/o Lori C. Greenberg, Esquire, 1 Eves Drive, Suite 111, Marlton, NJ 08053-3125 |
| 518299675 | | Radiology Assoc. of Burlington County, PO Box 447, Hainesport, NJ 08036-0447 |
| 518299676 | + | Radiology Assoc. of Burlington County, c/o Apex Asset Management, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 518299678 | + | Robert Wood Johnson Hamilton, c/o Financial Recoveries, 200 E. Park Drive, Suite 100, Mount Laurel, NJ 08054-1297 |

Case 19-21795-MBK    Doc 96    Filed 08/26/21    Entered 08/27/21 00:13:11    Desc Imaged
                               Certificate of Notice    Page 12 of 15
District/off: 0312-3                         User: admin                                  Page 2 of 5
Date Rcvd: Aug 24, 2021                      Form ID: pdf901                         Total Noticed: 91

| | | |
|---|---|---|
| 518299677 | + | Robert Wood Johnson Hamilton, One Hamilton Place, Hamilton, NJ 08690-3599 |
| 518299679 | | Salute, PO Box 105555, Atlanta, GA 30348-5555 |
| 518299680 | + | Social Security Administration, 4240 Market Street, Philadelphia, PA 19104-3184 |
| 518299683 | + | Superfresh Food Market, c/o Payliance, 3 Easton Oval, Suite 210, Columbus, OH 43219-6011 |
| 518299690 | | TD Bank, Operations Center, PO Box 4000, Lewiston, ME 04243 |
| 518299689 | | TD Bank, c/o Accounts Receivable Management, PO Box 129, Thorofare, NJ 08086-0129 |
| 518299691 | | United Auto Credit, PO Box 660017, Dallas, TX 75266-0017 |
| 518306311 | + | United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049 |
| 518299693 | | Verizon/US Asset Management, Inc., c/o EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 518299694 | | Virtua Hospital Patient Payments, PO Box 780857, Philadelphia, PA 19178-0857 |
| 518299695 | + | Walmart, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518299696 | | Webbank/Fingerhut, Jefferson Capital Systems, c/o Asset Recovery Solutions, LLC, 2200 East Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 518299697 | | Wells Fargo Bank, 1520 NJ-38 Bldg 3, Hainesport, NJ 08036 |

TOTAL: 53

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 24 2021 20:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 24 2021 20:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518312748 | + | Email/Text: documentfiling@lciinc.com | Aug 24 2021 20:21:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518332019 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 24 2021 20:31:03 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518299634 | + | Email/Text: tuscolsup@fisglobal.com | Aug 24 2021 20:22:00 | Certegy/Marshalls, c/o Complete Payment Recovery Service, 11601 Roosevelt Blvd., N TA09, Saint Petersburg, FL 33716-2202 |
| 518299633 | + | Email/Text: csrmn@thecmigroup.com | Aug 24 2021 20:22:00 | Certegy/Marshalls, c/o Affiliated Credit Services, PO Box 7739, Rochester, MN 55903-7739 |
| 518299635 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 24 2021 20:22:00 | Cherry Hill Emergency Physicians, c/o NCO Financial Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 518299638 | + | Email/Text: documentfiling@lciinc.com | Aug 24 2021 20:21:00 | Comcast, 21 Beverly Rancocas Road, Willingboro, NJ 08046-2532 |
| 518299639 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 24 2021 20:22:00 | Comcast Cable, c/o Credit Collection Services, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 518323716 | + | Email/Text: bankruptcy@consumerportfolio.com | Aug 24 2021 20:22:00 | Consumer Portfolio Services, POB 57071, Irvine, CA 92619-7071 |
| 518299641 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2021 20:22:00 | Credit One Bank, c/o MIdland Credit Management, Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 518299657 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2021 20:30:55 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 518299643 | + | Email/Text: bankruptcynotices@dcicollect.com | Aug 24 2021 20:22:00 | Dish Network, c/o Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 518299645 | | Email/Text: bnc-bluestem@quantum3group.com | Aug 24 2021 20:22:00 | Fingerhut Advantage, PO Box 166, Newark, NJ 07101-0166 |
| 518299647 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2021 20:30:52 | GE Money Bank, ATTN: Bankruptcy Dept., PO Box 103104, Roswell, GA 30076-9104 |
| 518299648 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2021 20:22:00 | GE Money Bank, c/o Midland Funding, LLC, |

| Case 19-21795-MBK | Doc 96 | Filed 08/26/21 | Entered 08/27/21 00:13:11 | Desc Imaged |
| | | Certificate of Notice | Page 13 of 15 | |

| District/off: 0312-3 | User: admin | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Aug 24, 2021 | Form ID: pdf901 | Total Noticed: 91 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518299650 | | Email/Text: bankruptcy@glsllc.com | Aug 24 2021 20:21:00 | Global Lending Services, PO Box 935538, Atlanta, GA 31193-5538 |
| 518379060 | | Email/Text: bankruptcy@glsllc.com | Aug 24 2021 20:21:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 518376927 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 24 2021 20:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518407996 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2021 20:22:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518299658 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2021 20:22:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518299660 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2021 20:22:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2709 |
| 518343018 | + | Email/Text: csc.bankruptcy@amwater.com | Aug 24 2021 20:22:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 518417726 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 24 2021 20:31:01 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518299671 | | Email/Text: compliance@contractcallers.com | Aug 24 2021 20:22:00 | PSE&G, c/o Contract Callers, Inc., PO Box 2207, Augusta, GA 30903-2207 |
| 518299672 | + | Email/Text: Harris@ebn.phinsolutions.com | Aug 24 2021 20:22:00 | PSE&G, c/o Harris and Harris, 111 West Jackson Blvd., Ste. 400, Chicago, IL 60604-4135 |
| 518377684 | + | Email/Text: bankruptcy@pseg.com | Aug 24 2021 20:21:00 | PSE&G, Attn: Bankruptcy Dept., P.O. Box 490, Cranford, NJ 07016-0490 |
| 518299673 | | Email/Text: bankruptcy@pseg.com | Aug 24 2021 20:21:00 | PSE&G, Credit & Collection Center, PO Box 490, Cranford, NJ 07016-0490 |
| 518305870 | | Email/Text: bnc-quantum@quantum3group.com | Aug 24 2021 20:22:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518299682 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Aug 24 2021 20:30:45 | Sprint, 6391 Sprint Parkway, Overland Park, KS 66251 |
| 518299681 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Aug 24 2021 20:30:54 | Sprint, c/o Afni, Inc., PO Box 3517, Bloomington, IL 61702-3517 |
| 518302325 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2021 20:30:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518299684 | + | Email/Text: customercareus@creditcorpsolutionsinc.com | Aug 24 2021 20:21:00 | Synchrony Bank/Amazon, c/o Credit Corp Solutions, Inc., 63 East 11400 South 408, Sandy, UT 84070-6705 |
| 518299685 | | Email/Text: mediamanagers@clientservices.com | Aug 24 2021 20:21:00 | Synchrony Bank/Walmart Credit Card, c/o Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-4047 |
| 518299686 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Aug 24 2021 20:30:59 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 518299688 | + | Email/Text: bknotice@ercbpo.com | Aug 24 2021 20:22:00 | T-Mobile, c/o Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518299687 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2021 20:22:00 | T-Mobile, c/o Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518299692 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 24 2021 20:21:00 | Verizon, PO Box 33078, Saint Petersburg, FL 33733-8078 |

TOTAL: 38

District/off: 0312-3 User: admin Page 4 of 5
Date Rcvd: Aug 24, 2021 Form ID: pdf901 Total Noticed: 91

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518299626 | ##+ | B & D Auto Sales, Inc., 842 Route 130 North, Burlington, NJ 08016-1250 |
| 518299627 | ##+ | Burlington Anesthesia Associates, 120 Madison Avenue, Suite E, Mount Holly, NJ 08060-2031 |
| 518299631 | ##+ | Carol Cohen, c/o HF Holdings, Inc., 5929 Anno Avenue, Orlando, FL 32809-4164 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Eric Clayman | on behalf of Debtor Arkeith J. Smith Sr. mail@jenkinsclayman.com, connor@jenkinsclayman.com |
| Eric Clayman | on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com connor@jenkinsclayman.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Keri P. Ebeck | on behalf of Creditor United Auto Credit Corporation KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com |
| Lori C. Greenberg | on behalf of Creditor Connection Property Management LLC lorijdcpa@gmail.com, mtmaddenjd@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Global Lending Services LLC rsolarz@kmllawgroup.com |
| Rhondi L. Schwartz | on behalf of Debtor Arkeith J. Smith Sr. mail@jenkinsclayman.com |
| Rhondi L. Schwartz | on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com |
| Stephanie F. Ritigstein | on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com kevin@jenkinsclayman.com |
| Stephanie F. Ritigstein | on behalf of Debtor Arkeith J. Smith Sr. mail@jenkinsclayman.com, kevin@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13