**Bernstein-Burkley, P.C.**
**Keri P. Ebeck, Esquire**
**Bar No. 262092017**
707 **Grant Street, Suite 2200, Gulf Tower**
**Pittsburgh, PA 15219**
**(412) 456-8112**

**Order Filed on September 24, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

---

**ATTORNEY FOR CREDITOR: UNITED AUTO CREDIT CORPORATION**

---

## IN THE BANKRUPTCY COURT FOR THE
## DISTRICT OF NEW JERSEY (TRENTON)
## HONORABLE MICHAEL B. KAPLAN

In re:                                        Case No. 19-21795-MBK

ARKEITH J. SMITH, SR. and
CYNTRINA S. HALL- SMITH

                                              Chapter 13

        DEBTORS

                                              Hearing Date: October 13, 2021

_____

### CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

        The relief set forth on the following paragraphs, number one (1) through four (4) are

hereby ORDERED.

**DATED: September 24, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| Debtors: | Arkeith J. Smith, Sr. and Cyntrina S. Hall-Smith |
|---|---|
| Case No.: | 19-21795-MBK |
| Caption of Order: | Consent Order Modifying Stay as to Personal Property |

The 11 U.S.C. §362(a) Stay as to United Auto Credit Corporation ("Movant"), with respect to the personal property of Debtors' described as a 2014 Chrysler 300 4DR, VIN #2C3CCAAG1EH373027 in accordance with the agreement of the Debtors and Movant is hereby modified and shall remain in effect PROVIDED THAT the Debtors comply with the following terms and conditions:

1. The Trustee shall commence adequate protection payments to United Auto Credit Corporation, pro-rata as an administrative claim beginning upon entry of this Consent Order.

2. Debtors will be in default under the Consent Order in the event that Debtors fail to comply with the payment terms and conditions in Paragraph 1, by not making full plan payments to the Trustee in a timely manner. If the Debtors default, Movant may file a Certification of Default on five (5) days' notice to Debtor, counsel for Debtor and the Chapter 13 Trustee for an Order lifting the automatic Stay imposed under 11 U.S.C. §362(a) and permitting Movant to exercise any rights under the loan documents with respect to the motor vehicle including, but not limited to, initiating and completing sale of the motor vehicle without regard to any future conversion of this matter to a different form of bankruptcy.

3. The failure of Movant to file a notice of default will not be construed or act as a waiver of any of the rights of Movant under the Consent Order.

| | |
|---|---|
| Debtors: | Arkeith J. Smith, Sr. and Cyntrina S. Hall-Smith |
| Case No.: | 19-21795-MBK |
| Caption of Order: | Consent Order Modifying Stay as to Personal Property |

4.  In the event the Debtor converts to a bankruptcy under any Chapter other than Chapter

13 of the Bankruptcy Code, then Debtors shall pay all pre-petition arrears and post-

petition arrears within fifteen (15) days from the date the case is converted from

Chapter 13 to any other Chapter.

We hereby Consent to the form and entry of the foregoing Order.

Dated: September 7, 2021

| | |
|---|---|
| *Isl* Keri P. Ebeck | /s/ |
| Keri P. Ebeck , Esquire | Rhondi L. Schwartz, Esquire |
| Bernstein-Burkley, P.C. | Jenkins & Clayman |
| 601 Grant Street, 9th Floor | 412 White Horse Pike |
| Pittsburgh, PA 15219 | Audubon, NJ 08106 |
| (412) 456-8112 | 856-546-9696 |
| Email: kebeck@bernsteinlaw.com | Email: mail@jenkinsclayman.com |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                     Case No. 19-21795-MBK

Arkeith J. Smith, Sr.                                                                      Chapter 13

Cyntrina S. Hall-Smith
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arkeith J. Smith, Sr., 239 Jackson Street, Trenton, NJ 08611-1707 |
| jdb | + | Cyntrina S. Hall-Smith, 28 Fawn Court, Lumberton, NJ 08048-4280 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Eric Clayman | on behalf of Debtor Arkeith J. Smith  Sr. mail@jenkinsclayman.com, JenkinsClayman@jubileebk.net |
| Eric Clayman | on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |

Keri P. Ebeck

on behalf of Creditor United Auto Credit Corporation KEBECK@BERNSTEINLAW.COM  jbluemle@bernsteinlaw.com

Lori C. Greenberg

on behalf of Creditor Connection Property Management  LLC lorijdcpa@gmail.com, mtmaddenjd@gmail.com

Rebecca Ann Solarz

on behalf of Creditor Global Lending Services LLC rsolarz@kmllawgroup.com

Rhondi L. Schwartz

on behalf of Debtor Arkeith J. Smith  Sr. mail@jenkinsclayman.com

Rhondi L. Schwartz

on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com

Stephanie F. Ritigstein

on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com  kevin@jenkinsclayman.com

Stephanie F. Ritigstein

on behalf of Debtor Arkeith J. Smith  Sr. mail@jenkinsclayman.com, kevin@jenkinsclayman.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13