Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−21795−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Arkeith J. Smith Sr.                             Cyntrina S. Hall−Smith
239 Jackson Street                               28 Fawn Court
Trenton, NJ 08611                                Lumberton, NJ 08048

Social Security No.:
   xxx−xx−1974                                   xxx−xx−6864

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 15, 2021.

Dated: October 15, 2021
JAN: dmi

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-21795-MBK

Arkeith J. Smith, Sr.  Chapter 13

Cyntrina S. Hall-Smith

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 5
Date Rcvd: Oct 15, 2021  Form ID: plncf13  Total Noticed: 91

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arkeith J. Smith, Sr., 239 Jackson Street, Trenton, NJ 08611-1707 |
| jdb | + | Cyntrina S. Hall-Smith, 28 Fawn Court, Lumberton, NJ 08048-4280 |
| cr | + | Connection Property Management, LLC, 1 Eves Drive, Suite 111, Marlton, NJ 08053-3125 |
| cr | + | Global Lending Services LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518299625 | + | Aaron's Sales & Lease Ownership, PO Box 102746, Atlanta, GA 30368-2746 |
| 518299628 | + | Burlington Anesthesia Associates, c/o Apex Asset Management, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 518299629 | | Burlington Woods/Genesis, PO Box 206894, Dallas, TX 75320-6894 |
| 518299630 | + | Capital One, c/o Lyons Doughty & Veldhuis, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-1725 |
| 518299632 | + | Certegy/Marshalls, PO Box 30046, Tampa, FL 33630-3046 |
| 518299636 | | Children's Hospital of Philadelphia, Physician's Billing - PB CHOP, PO Box 788017, Philadelphia, PA 19178-8017 |
| 518299637 | + | Comcast, c/o Eastern Account System, 75 Glen Road, Suite 110, Sandy Hook, CT 06482-1170 |
| 518299640 | + | Consumer Portfolio Services, 19500 Jamboree Road, Suite 500, Irvine, CA 92612-2437 |
| 518299642 | + | Diagnostic Pathology Consultants, c/o Rickart Collection Systems, Inc., 575 Milltown Road, PO BOX 7242, North Brunswick, NJ 08902-7242 |
| 518299644 | + | Emergency Phy Assoc of S. Jersey, c/o Account Resolution Services, PO Box 189018, Plantation, FL 33318-9018 |
| 518387112 | | Emergency Physicians Services of NJ, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518299646 | + | Firstline Financial, Inc., PO Box 895, Great Falls, VA 22066-0895 |
| 518299649 | | Geico, One Geico Plaza, Bethesda, MD 20810-0001 |
| 518299651 | + | HSBC Bank, PO Box 9, Buffalo, NY 14240-0009 |
| 518299652 | | Jefferson Capital Systems, LLC, c/o Synergetic Communication, Inc., 2700 East Seltice Way, Suite 4, Post Falls, ID 83854-6387 |
| 518299653 | + | Larchmont Imaging, c/o Apex Asset Management, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 518299654 | + | Lourdes Burlington County, 218 A Sunset Road, Willingboro, NJ 08046-1110 |
| 518299655 | + | Lourdes Medical Associates, c/o Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 518299656 | | Macy's, c/o FMS Inc., PO BOX 707601, Tulsa, OK 74170-7601 |
| 518299659 | + | Midland Funding, LLC, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518299661 | + | Monarch Recovery Management, Inc., PO Box 986, Bensalem, PA 19020-0986 |
| 518299664 | + | NJ Department of Labor, PO BOX 951, Trenton, NJ 08625-0951 |
| 518323713 | + | Nelline Smith, 30 Caraway Court, Lumberton, NJ 08048-4231 |
| 518299663 | | New Jersey American Water, c/o PennCredit Corporation, PO Box 69703, Harrisburg, PA 17106-9703 |
| 518299662 | | New Jersey American Water, Box 371331, Pittsburgh, PA 15250-7331 |
| 518375798 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518299665 | + | Pediatrix Medical Group, c/o Focused Recovery Solutions, 9701 Metropolitan Court, Richmond, VA 23236-3690 |
| 518299666 | + | Penn Foster, 14300 N. Northsight Boulevard, Scottsdale, AZ 85260-3674 |
| 518299668 | | Penn Medicine, c/o Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |
| 518299669 | + | Proactiv Solution, c/o RJM Acquisitions, LLC, 575 Underhill Boulevard, Suite 224, Syosset, NY 11791-3416 |
| 518299670 | + | Progressive Garden State Insurance Co, c/o Caine & Weiner, 12005 Ford Road, Suite 300, Dallas, TX 75234-7262 |
| 518299674 | + | Qiao Yang & Connection Property Mgmt, c/o Lori C. Greenberg, Esquire, 1 Eves Drive, Suite 111, Marlton, NJ 08053-3125 |
| 518299675 | | Radiology Assoc. of Burlington County, PO Box 447, Hainesport, NJ 08036-0447 |
| 518299676 | + | Radiology Assoc. of Burlington County, c/o Apex Asset Management, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 518299677 | + | Robert Wood Johnson Hamilton, One Hamilton Place, Hamilton, NJ 08690-3599 |
| 518299678 | + | Robert Wood Johnson Hamilton, c/o Financial Recoveries, 200 E. Park Drive, Suite 100, Mount Laurel, NJ 08054-1297 |
| 518299679 | | Salute, PO Box 105555, Atlanta, GA 30348-5555 |
| 518299680 | + | Social Security Administration, 4240 Market Street, Philadelphia, PA 19104-3184 |
| 518299683 | + | Superfresh Food Market, c/o Payliance, 3 Easton Oval, Suite 210, Columbus, OH 43219-6011 |

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 15, 2021 | Form ID: plncf13 | Total Noticed: 91 |

| | | |
|---|---|---|
| 518299690 | | TD Bank, Operations Center, PO Box 4000, Lewiston, ME 04243 |
| 518299689 | | TD Bank, c/o Accounts Receivable Management, PO Box 129, Thorofare, NJ 08086-0129 |
| 518299691 | | United Auto Credit, PO Box 660017, Dallas, TX 75266-0017 |
| 518306311 | + | United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049 |
| 518299693 | | Verizon/US Asset Management, Inc., c/o EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 518299694 | | Virtua Hospital Patient Payments, PO Box 780857, Philadelphia, PA 19178-0857 |
| 518299695 | + | Walmart, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518299696 | | Webbank/Fingerhut, Jefferson Capital Systems, c/o Asset Recovery Solutions, LLC, 2200 East Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 518299697 | | Wells Fargo Bank, 1520 NJ-38 Bldg 3, Hainesport, NJ 08036 |

TOTAL: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 15 2021 20:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 15 2021 20:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518312748 | + | Email/Text: documentfiling@lciinc.com | Oct 15 2021 20:19:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518332019 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 15 2021 20:34:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518299634 | + | Email/Text: tuscolsup@fisglobal.com | Oct 15 2021 20:20:00 | Certegy/Marshalls, c/o Complete Payment Recovery Service, 11601 Roosevelt Blvd., N TA09, Saint Petersburg, FL 33716-2202 |
| 518299633 | + | Email/Text: csrmn@thecmigroup.com | Oct 15 2021 20:20:00 | Certegy/Marshalls, c/o Affiliated Credit Services, PO Box 7739, Rochester, MN 55903-7739 |
| 518299635 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 15 2021 20:20:00 | Cherry Hill Emergency Physicians, c/o NCO Financial Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 518299638 | + | Email/Text: documentfiling@lciinc.com | Oct 15 2021 20:19:00 | Comcast, 21 Beverly Rancocas Road, Willingboro, NJ 08046-2532 |
| 518299639 | | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 15 2021 20:20:00 | Comcast Cable, c/o Credit Collection Services, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 518323716 | + | Email/Text: bankruptcy@consumerportfolio.com | Oct 15 2021 20:19:00 | Consumer Portfolio Services, POB 57071, Irvine, CA 92619-7071 |
| 518299641 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 20:19:00 | Credit One Bank, c/o MIdland Credit Management, Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 518299657 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2021 20:18:01 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 518299643 | + | Email/Text: bankruptcynotices@dcicollect.com | Oct 15 2021 20:20:00 | Dish Network, c/o Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 518299645 | | Email/Text: bnc-bluestem@quantum3group.com | Oct 15 2021 20:20:00 | Fingerhut Advantage, PO Box 166, Newark, NJ 07101-0166 |
| 518299647 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 15 2021 20:17:56 | GE Money Bank, ATTN: Bankruptcy Dept., PO Box 103104, Roswell, GA 30076-9104 |
| 518299648 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 20:19:00 | GE Money Bank, c/o Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518299650 | | Email/Text: bankruptcy@glsllc.com | Oct 15 2021 20:19:00 | Global Lending Services, PO Box 935538, Atlanta, GA 31193-5538 |

Case 19-21795-MBK    Doc 103    Filed 10/17/21    Entered 10/18/21 00:13:48    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 15, 2021 | Form ID: plncf13 | Total Noticed: 91 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 518379060 | | Email/Text: bankruptcy@glsllc.com | Oct 15 2021 20:19:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 518376927 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 15 2021 20:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518407996 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 20:19:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518299658 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 20:19:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518299660 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 20:19:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2709 |
| 518299659 | + | Email/Text: signed.order@pfwattorneys.com | Oct 15 2021 20:19:00 | Midland Funding, LLC, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518343018 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 15 2021 20:20:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 518417726 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2021 20:17:59 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518299671 | | Email/Text: compliance@contractcallers.com | Oct 15 2021 20:20:00 | PSE&G, c/o Contract Callers, Inc., PO Box 2207, Augusta, GA 30903-2207 |
| 518299672 | + | Email/Text: Harris@ebn.phinsolutions.com | Oct 15 2021 20:20:00 | PSE&G, c/o Harris and Harris, 111 West Jackson Blvd., Ste. 400, Chicago, IL 60604-4135 |
| 518377684 | + | Email/Text: bankruptcy@pseg.com | Oct 15 2021 20:19:00 | PSE&G, Attn: Bankruptcy Dept., P.O. Box 490, Cranford, NJ 07016-0490 |
| 518299673 | | Email/Text: bankruptcy@pseg.com | Oct 15 2021 20:19:00 | PSE&G, Credit & Collection Center, PO Box 490, Cranford, NJ 07016-0490 |
| 518299667 | + | Email/Text: mnapoletano@ars-llc.biz | Oct 15 2021 20:20:00 | Penn Foster, c/o Ability Recovery Services, 921 Oak Street, Scranton, PA 18508-1235 |
| 518305870 | | Email/Text: bnc-quantum@quantum3group.com | Oct 15 2021 20:19:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518299682 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Oct 15 2021 20:18:04 | Sprint, 6391 Sprint Parkway, Overland Park, KS 66251 |
| 518299681 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Oct 15 2021 20:17:57 | Sprint, c/o Afni, Inc., PO Box 3517, Bloomington, IL 61702-3517 |
| 518302325 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 15 2021 20:18:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518299684 | + | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 15 2021 20:19:00 | Synchrony Bank/Amazon, c/o Credit Corp Solutions, Inc., 63 East 11400 South 408, Sandy, UT 84070-6705 |
| 518299685 | | Email/Text: mediamanagers@clientservices.com | Oct 15 2021 20:19:00 | Synchrony Bank/Walmart Credit Card, c/o Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-4047 |
| 518299686 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Oct 15 2021 20:18:03 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 518299688 | + | Email/Text: bknotice@ercbpo.com | Oct 15 2021 20:19:00 | T-Mobile, c/o Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518299687 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2021 20:19:00 | T-Mobile, c/o Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518299692 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 15 2021 20:19:00 | Verizon, PO Box 33078, Saint Petersburg, FL 33733-8078 |
| 518299695 | + | Email/Text: signed.order@pfwattorneys.com | Oct 15 2021 20:19:00 | Walmart, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |

Case 19-21795-MBK    Doc 103    Filed 10/17/21    Entered 10/18/21 00:13:48    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 15, 2021 | Form ID: plncf13 | Total Noticed: 91 |
| TOTAL: 41 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518299626 | ##+ | B & D Auto Sales, Inc., 842 Route 130 North, Burlington, NJ 08016-1250 |
| 518299627 | ##+ | Burlington Anesthesia Associates, 120 Madison Avenue, Suite E, Mount Holly, NJ 08060-2031 |
| 518299631 | ##+ | Carol Cohen, c/o HF Holdings, Inc., 5929 Anno Avenue, Orlando, FL 32809-4164 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2021           Signature:           /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Eric Clayman | on behalf of Debtor Arkeith J. Smith Sr. mail@jenkinsclayman.com, JenkinsClayman@jubileebk.net |
| Eric Clayman | on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Keri P. Ebeck | on behalf of Creditor United Auto Credit Corporation KEBECK@BERNSTEINLAW.COM jbluemle@bernsteinlaw.com |
| Lori C. Greenberg | on behalf of Creditor Connection Property Management LLC lorijdcpa@gmail.com, mtmaddenjd@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Global Lending Services LLC rsolarz@kmllawgroup.com |
| Rhondi L. Schwartz | on behalf of Debtor Arkeith J. Smith Sr. mail@jenkinsclayman.com |
| Rhondi L. Schwartz | on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com |
| Stephanie F. Ritigstein | on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com kevin@jenkinsclayman.com |
| Stephanie F. Ritigstein | on behalf of Debtor Arkeith J. Smith Sr. mail@jenkinsclayman.com, kevin@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3     User: admin     Page 5 of 5
Date Rcvd: Oct 15, 2021     Form ID: plncf13     Total Noticed: 91
TOTAL: 13