Form clsnodsc – ntcclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−21795−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Arkeith J. Smith Sr.                                      Cyntrina S. Hall−Smith
   239 Jackson Street                                      28 Fawn Court
   Trenton, NJ 08611                                      Lumberton, NJ 08048

Social Security No.:
   xxx−xx−1974                                             xxx−xx−6864

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

    You are hereby notified that the above−named case will be closed without entry of discharge on or after June 16, 2025 for the reason(s) indicated below.

☑     Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☑     Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☑     Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑     Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: May 15, 2025
JAN: mmf

                                                                                            Jeanne Naughton
                                                                                            Clerk