Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−21795−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Arkeith J. Smith Sr.　　　　　　　　　　　　　　Cyntrina S. Hall−Smith
239 Jackson Street　　　　　　　　　　　　　　　28 Fawn Court
Trenton, NJ 08611　　　　　　　　　　　　　　　 Lumberton, NJ 08048

Social Security No.:
　xxx−xx−1974　　　　　　　　　　　　　　　　　xxx−xx−6864

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 17, 2025　　　　　　　Mark Edward Hall
　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court