Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−21795−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arkeith J. Smith Sr.                                   Cyntrina S. Hall−Smith
   239 Jackson Street                                     28 Fawn Court
   Trenton, NJ 08611                                     Lumberton, NJ 08048

Social Security No.:
   xxx−xx−1974                                            xxx−xx−6864

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

     All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☑    Debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☑    Joint debtor has not filed a **Certificate of Debtor Education** proving compliance with the financial management course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: June 17, 2025
JAN: mmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 19-21795-MEH

Arkeith J. Smith, Sr.                                                                         Chapter 13
Cyntrina S. Hall-Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                  User: admin                                      Page 1 of 5
Date Rcvd: Jun 17, 2025           Form ID: cscnodsc                           Total Noticed: 93

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arkeith J. Smith, Sr., 239 Jackson Street, Trenton, NJ 08611-1707 |
| jdb | + | Cyntrina S. Hall-Smith, 28 Fawn Court, Lumberton, NJ 08048-4280 |
| cr | + | Global Lending Services LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518299626 | + | B & D Auto Sales, Inc., 842 Route 130 North, Burlington, NJ 08016-1250 |
| 518299627 | + | Burlington Anesthesia Associates, 120 Madison Avenue, Suite E, Mount Holly, NJ 08060-2031 |
| 518299628 | + | Burlington Anesthesia Associates, c/o Apex Asset Management, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 518299629 | | Burlington Woods/Genesis, PO Box 206894, Dallas, TX 75320-6894 |
| 518299631 | + | Carol Cohen, c/o HF Holdings, Inc., 5929 Anno Avenue, Orlando, FL 32809-4164 |
| 518299636 | | Children's Hospital of Philadelphia, Physician's Billing - PB CHOP, PO Box 788017, Philadelphia, PA 19178-8017 |
| 518299644 | + | Emergency Phy Assoc of S. Jersey, c/o Account Resolution Services, PO Box 189018, Plantation, FL 33318-9018 |
| 518299646 | + | Firstline Financial, Inc., PO Box 895, Great Falls, VA 22066-0895 |
| 518299652 | | Jefferson Capital Systems, LLC, c/o Synergetic Communication, Inc., 2700 East Seltice Way, Suite 4, Post Falls, ID 83854-6387 |
| 518299654 | + | Lourdes Burlington County, 218 A Sunset Road, Willingboro, NJ 08046-1110 |
| 518299656 | | Macy's, c/o FMS Inc., PO BOX 707601, Tulsa, OK 74170-7601 |
| 518299664 | + | NJ Department of Labor, PO BOX 951, Trenton, NJ 08625-0951 |
| 518323713 | + | Nelline Smith, 30 Caraway Court, Lumberton, NJ 08048-4231 |
| 518299665 | + | Pediatrix Medical Group, c/o Focused Recovery Solutions, 9701 Metropolitan Court, Richmond, VA 23236-3690 |
| 518299668 | | Penn Medicine, c/o Penn Credit Corporation, 916 South 14th Street, Harrisburg, PA 17104-3425 |
| 518299669 | + | Proactiv Solution, c/o RJM Acquisitions, LLC, 575 Underhill Boulevard, Suite 224, Syosset, NY 11791-3416 |
| 518299674 | + | Qiao Yang & Connection Property Mgmt, c/o Lori C. Greenberg, Esquire, 1 Eves Drive, Suite 111, Marlton, NJ 08053-3125 |
| 518299675 | | Radiology Assoc. of Burlington County, PO Box 447, Hainesport, NJ 08036-0447 |
| 518299677 | + | Robert Wood Johnson Hamilton, One Hamilton Place, Hamilton, NJ 08690-3599 |
| 518299680 | + | Social Security Administration, 4240 Market Street, Philadelphia, PA 19104-3184 |
| 518299688 | + | T-Mobile, c/o Enhanced Recovery, PO Box 57547, Jacksonville, FL 32241-7547 |
| 518299690 | | TD Bank, Operations Center, PO Box 4000, Lewiston, ME 04243 |
| 518299689 | | TD Bank, c/o Accounts Receivable Management, PO Box 129, Thorofare, NJ 08086-0129 |
| 518299691 | | United Auto Credit, PO Box 660017, Dallas, TX 75266-0017 |
| 518299694 | | Virtua Hospital Patient Payments, PO Box 780857, Philadelphia, PA 19178-0857 |
| 518299697 | | Wells Fargo Bank, 1520 NJ-38 Bldg 3, Hainesport, NJ 08036 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 17 2025 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 17 2025 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518299625 | + | Email/Text: bankruptcynotices@aarons.com | | |

Case 19-21795-MEH    Doc 119    Filed 06/19/25    Entered 06/20/25 00:12:34    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: cscnodsc | Total Noticed: 93 |

| | | | | |
|---|---|---|---|---|
| 518312748 | + | Email/Text: documentfiling@lciinc.com | Jun 17 2025 20:37:00 | Aaron's Sales & Lease Ownership, PO Box 102746, Atlanta, GA 30368-2746 |
| 518299630 | + | Email/Text: BKNotice@ldvlaw.com | Jun 17 2025 20:36:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 518332019 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 17 2025 20:36:00 | Capital One, c/o Lyons Doughty & Veldhuis, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-1725 |
| 518299632 | + | Email/Text: bankruptcy@certegy.com | Jun 17 2025 20:43:53 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518299634 | + | Email/Text: bankruptcy@certegy.com | Jun 17 2025 20:36:00 | Certegy/Marshalls, PO Box 30046, Tampa, FL 33630-3046 |
| 518299633 | + | Email/Text: csrmn@thecmigroup.com | Jun 17 2025 20:36:00 | Certegy/Marshalls, c/o Complete Payment Recovery Service, 11601 Roosevelt Blvd., N TA09, Saint Petersburg, FL 33716-2202 |
| 518299635 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 17 2025 20:37:00 | Certegy/Marshalls, c/o Affiliated Credit Services, PO Box 7739, Rochester, MN 55903-7739 |
| 518299638 | + | Email/Text: documentfiling@lciinc.com | Jun 17 2025 20:37:00 | Cherry Hill Emergency Physicians, c/o NCO Financial Systems, PO Box 15273, Wilmington, DE 19850-5273 |
| 518299637 | ^ | MEBN | Jun 17 2025 20:36:00 | Comcast, 21 Beverly Rancocas Road, Willingboro, NJ 08046-2532 |
| 518299639 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 17 2025 20:35:43 | Comcast, c/o Eastern Account System, 75 Glen Road, Suite 110, Sandy Hook, CT 06482-1170 |
| 518299640 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 17 2025 20:37:00 | Comcast Cable, c/o Credit Collection Services, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 518323716 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 17 2025 20:37:00 | Consumer Portfolio Services, 19500 Jamboree Road, Suite 500, Irvine, CA 92612-2437 |
| 518299641 | | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2025 20:37:00 | Consumer Portfolio Services, POB 57071, Irvine, CA 92619-7071 |
| 518299657 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2025 20:36:00 | Credit One Bank, c/o MIdland Credit Management, Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 518299642 | + | Email/Text: pattim@rickart.com | Jun 17 2025 20:54:58 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 518299643 | + | Email/Text: Bankruptcy.Consumer@dish.com | Jun 17 2025 20:36:00 | Diagnostic Pathology Consultants, c/o Rickart Collection Systems, Inc., 575 Milltown Road, PO BOX 7242, North Brunswick, NJ 08902-7242 |
| 518387112 | | Email/Text: BNCnotices@dcmservices.com | Jun 17 2025 20:36:00 | Dish Network, c/o Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 518299645 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 17 2025 20:36:00 | Emergency Physicians Services of NJ, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518299647 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 17 2025 20:37:00 | Fingerhut Advantage, PO Box 166, Newark, NJ 07101-0166 |
| 518299648 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2025 20:44:19 | GE Money Bank, ATTN: Bankruptcy Dept., PO Box 103104, Roswell, GA 30076-9104 |
| 518299650 | | Email/Text: bankruptcy@glsllc.com | Jun 17 2025 20:36:00 | GE Money Bank, c/o Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518379060 | | Email/Text: bankruptcy@glsllc.com | Jun 17 2025 20:36:00 | Global Lending Services, PO Box 935538, Atlanta, GA 31193-5538 |
| 518299649 | | Email/Text: argbsref@geico.com | Jun 17 2025 20:36:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |

Case 19-21795-MEH   Doc 119   Filed 06/19/25   Entered 06/20/25 00:12:34   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: cscnodsc | Total Noticed: 93 |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 17 2025 20:36:00 | Geico, One Geico Plaza, Bethesda, MD 20810-0001 |
| 518299651 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 17 2025 20:36:00 | HSBC Bank, PO Box 9, Buffalo, NY 14240-0009 |
| 518376927 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 17 2025 20:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518299653 | ^ | MEBN | Jun 17 2025 20:35:12 | Larchmont Imaging, c/o Apex Asset Management, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 518299655 | ^ | MEBN | Jun 17 2025 20:35:57 | Lourdes Medical Associates, c/o Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 518299661 | | Email/Text: compliance@monarchrm.com | Jun 17 2025 20:36:00 | Monarch Recovery Management, Inc., PO Box 986, Bensalem, PA 19020 |
| 518407996 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2025 20:36:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518299658 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2025 20:36:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518299660 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2025 20:36:00 | Midland Funding, LLC, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 518299663 | | Email/Text: bankruptcies@penncredit.com | Jun 17 2025 20:36:00 | New Jersey American Water, c/o PennCredit Corporation, PO Box 69703, Harrisburg, PA 17106-9703 |
| 518343018 | + | Email/Text: csc.bankruptcy@amwater.com | Jun 17 2025 20:37:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 518299662 | | Email/Text: csc.bankruptcy@amwater.com | Jun 17 2025 20:37:00 | New Jersey American Water, Box 371331, Pittsburgh, PA 15250-7331 |
| 518417726 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 17 2025 20:55:18 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518299659 | | Email/Text: signed.order@pfwattorneys.com | Jun 17 2025 20:36:00 | Midland Funding, LLC, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 518299671 | | Email/Text: compliance@contractcallers.com | Jun 17 2025 20:37:00 | PSE&G, c/o Contract Callers, Inc., PO Box 2207, Augusta, GA 30903-2207 |
| 518299672 | + | Email/Text: Harris@ebn.phinsolutions.com | Jun 17 2025 20:37:00 | PSE&G, c/o Harris and Harris, 111 West Jackson Blvd., Ste. 400, Chicago, IL 60604-4135 |
| 518377684 | + | Email/Text: bankruptcy@pseg.com | Jun 17 2025 20:36:00 | PSE&G, Attn: Bankruptcy Dept., P.O. Box 490, Cranford, NJ 07016-0490 |
| 518375798 | ^ | MEBN | Jun 17 2025 20:35:41 | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518299673 | | Email/Text: bankruptcy@pseg.com | Jun 17 2025 20:36:00 | PSE&G, Credit & Collection Center, PO Box 490, Cranford, NJ 07016-0490 |
| 518299667 | + | Email/Text: mnapoletano@ars-llc.biz | Jun 17 2025 20:37:00 | Penn Foster, c/o Ability Recovery Services, 921 Oak Street, Scranton, PA 18508-1235 |
| 518299666 | + | Email/Text: chelsea.larson@pennfoster.edu | Jun 17 2025 20:36:00 | Penn Foster, 14300 N. Northsight Boulevard, Scottsdale, AZ 85260-3672 |
| 518299670 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 17 2025 20:36:06 | Progressive Garden State Insurance Co, c/o Caine & Weiner, 12005 Ford Road, Suite 300, Dallas, TX 75234-7262 |
| 518305870 | | Email/Text: bnc-quantum@quantum3group.com | Jun 17 2025 20:36:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518299676 | ^ | MEBN | Jun 17 2025 20:35:13 | Radiology Assoc. of Burlington County, c/o Apex Asset Management, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: cscnodsc | Total Noticed: 93 |

| Recip ID | Bypass | Notice Type / Email Address | Date/Time | Name and Address |
|---|---|---|---|---|
| 518299678 | ^ | MEBN | Jun 17 2025 20:35:42 | Robert Wood Johnson Hamilton, c/o Financial Recoveries, 200 E. Park Drive, Suite 100, Mount Laurel, NJ 08054-1297 |
| 518299679 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 17 2025 20:36:00 | Salute, PO Box 105555, Atlanta, GA 30348-5555 |
| 518299681 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jun 17 2025 21:05:51 | Sprint, c/o Afni, Inc., PO Box 3517, Bloomington, IL 61702-3517 |
| 518299682 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jun 17 2025 20:44:14 | Sprint, 6391 Sprint Parkway, Overland Park, KS 66251-6100 |
| 518299683 | + | Email/Text: bankruptcy@payliance.com | Jun 17 2025 20:36:00 | Superfresh Food Market, c/o Payliance, 3 Easton Oval, Suite 210, Columbus, OH 43219-6011 |
| 518302325 | ^ | MEBN | Jun 17 2025 20:36:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518299684 | + | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 17 2025 20:36:00 | Synchrony Bank/Amazon, c/o Credit Corp Solutions, Inc., 63 East 11400 South 408, Sandy, UT 84070-6705 |
| 518299685 | | Email/Text: mediamanagers@clientservices.com | Jun 17 2025 20:36:00 | Synchrony Bank/Walmart Credit Card, c/o Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-4047 |
| 518299686 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jun 17 2025 20:44:33 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 518299687 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 17 2025 20:36:00 | T-Mobile, c/o Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518306311 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Jun 17 2025 20:36:00 | United Auto Credit Corporation, PO Box 163049, Fort Worth, TX 76161-3049 |
| 518299692 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 17 2025 20:36:00 | Verizon, PO Box 33078, Saint Petersburg, FL 33733-8078 |
| 518299693 | | Email/Text: bankruptcydepartment@tsico.com | Jun 17 2025 20:37:00 | Verizon/US Asset Management, Inc., c/o EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 518299695 | + | Email/Text: signed.order@pfwattorneys.com | Jun 17 2025 20:36:00 | Walmart, c/o Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518299696 | ^ | MEBN | Jun 17 2025 20:35:32 | Webbank/Fingerhut, Jefferson Capital Systems, c/o Asset Recovery Solutions, LLC, 2200 East Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |

TOTAL: 64

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | ##+ | Connection Property Management, LLC, 1 Eves Drive, Suite 111, Marlton, NJ 08053-3125 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jun 17, 2025 | Form ID: cscnodsc | Total Noticed: 93 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Global Lending Services LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Global Lending Services LLC bk@stewartlegalgroup.com |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Debtor Arkeith J. Smith Sr. mail@jjenkinslawgroup.com, JenkinsClayman@jubileebk.net |
| Keri P. Ebeck | on behalf of Creditor United Auto Credit Corporation KEBECK@BERNSTEINLAW.COM btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lori C. Greenberg | on behalf of Creditor Connection Property Management  LLC lori@greenbergteam.law, paralegal.greenberg@gmail.com;carolyn@greenbergteam.law |
| Rhondi L. Schwartz | on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com |
| Rhondi L. Schwartz | on behalf of Debtor Arkeith J. Smith Sr. mail@jenkinsclayman.com |
| Stephanie F. Ritigstein | on behalf of Joint Debtor Cyntrina S. Hall-Smith mail@jenkinsclayman.com  kevin@jenkinsclayman.com |
| Stephanie F. Ritigstein | on behalf of Debtor Arkeith J. Smith Sr. mail@jenkinsclayman.com, kevin@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13